**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ILARIA BULGARI

        Plaintiff,

     v.

VERONICA BULGARI, in her capacity as Trustee of the Anna Bulgari Family Trust #1 and Trustee of the Anna Bulgari Family Trust #2,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:22-cv-05072-LGS

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as additional counsel of record for defendant Veronica Bulgari ("Defendant") in the above-captioned proceeding and requests that a copy of all future papers in this action be served upon the undersigned at the address listed below. The undersigned is a member of this Court in good standing.

Dated: New York, New York
       July 7, 2022

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Mitchell A. Karlan
      Mitchell A. Karlan

200 Park Avenue
New York, NY 10166-0193
Phone: +1.212.351.3827
Fax:   +1.212.351.5254
Email: mkarlan@gibsondunn.com

*Attorneys for Defendant Veronica Bulgari*