UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

                Plaintiff,

       -against-

VERONICA BULGARI,

                Defendant.

------------------------------------------------------------X

22 Civ. 5072 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for August 24, 2022,

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the August 24, 2022, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. It is further

    **ORDERED** that Defendant's request for a stay of discovery pending resolution of the motion to dismiss is DENIED. The Court ordinarily does not stay discovery pending a motion to dismiss absent extraordinary circumstances. A stay is unwarranted here in particular because, even if Defendant's motion is successful, the parties' dispute will be litigated in some forum. Discovery will proceed according to the case management plan and scheduling order that will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated:  August 24, 2022
          New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**