# Katten

50 Rockefeller Plaza
New York, NY  10020-1605
+1.212.940.8800 tel
katten.com

**MICHAEL M. ROSENSAFT**
michael.rosensaft@katten.com
+1.212.940.6631 direct
+1.212.940.8776 fax

November 17, 2022

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1960
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2022

Re:   *Matter of Bulgari v. Bulgari*, No. 1:22-cv-05072-LGS-RWL

Dear Judge Lehrburger:

    We are counsel for defendant, Veronica Bulgari, in the action referenced above.  I am sorry to impose on Your Honor with this letter but the parties have reached an impasse on a matter that, I regret to say, requires the Court's attention today if that is at all possible.

    On Tuesday of this week at 4:04 PM, the plaintiff sent us, by email, a notice of deposition of a third party witness.  The notice set the deposition for tomorrow, Friday, at 10 AM, in Fort Lauderdale, Florida.  Plaintiff had made no effort to discuss the date or place of the deposition with us in advance.  We simply had no warning that we would be given about 66 hours notice of a deposition set to occur 1500 miles away.

    We have asked plaintiff to delay the examination to any other day but plaintiff has refused, insisting that because the witness was hard to serve, the deposition could not be rescheduled.  But that has no bearing on why plaintiff set the deposition for tomorrow when counsel are set to appear before Your Honor at the precise time that the deposition is apparently going to occur.

    We have no objection to the deposition of the witness in question, over whom we have no control and do not know how to reach.  But we request that the Court issue a protective order staying the deposition as currently scheduled for tomorrow and requiring plaintiff to work cooperatively to reschedule it for another, mutually agreeable date and time.

# Katten

November 17, 2022
Page 2

        Respectfully Submitted,

        */s/ Michael M. Rosensaft*
        Michael M. Rosensaft
        Jake A. Nussbaum

        **KATTEN MUCHIN ROSENMAN LLP**
        50 Rockefeller Plaza
        New York, NY 10020
        T: 212-940-8800
        michael.rosensaft@katten.com
        jake.nussbaum@katten.com


        */s/ Mitchell A. Karlan*
        Mitchell A. Karlan
        Jennifer K. Bracht

        **GIBSON, DUNN & CRUTCHER LLP**
        200 Park Avenue
        New York, NY 10166
        T: 212-351-3827
        mkarlan@gibsondunn.com


        *Attorneys for Defendant Veronica Bulgari*

As per the telephone conference held on November 17, 2022, the application for protective order is denied as moot.

SO ORDERED:

11/17/2022  /s/ [signature]

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE