USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

                Plaintiff,

     - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

                Defendant.
------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     As discussed during the conference held via Teams on November 18, 2022:

     1.     Plaintiff's application to compel (Dkt. 43) is **granted in part** as follows. Defendant shall search for and produce responsive, non-objectionable documents from Defendant's text and messaging apps. Defendant shall search for and produce responsive, non-objectionable documents for the time period starting in 2015 when Defendant first became co-trustee of one of the two trusts comprising the Family Trust. Defendant shall confirm in writing whether she has any documents related to the Filicaia Trust, or communications with the investment houses about the Family Trust other than account statements already produced.

     2.     Decision on Defendant's application to overrule Plaintiff's assertion of attorney-client privilege over communications between her lawyers and Mr. Boyer (Dkt. 49) is **reserved** pending further submissions by the parties. By December 12, 2022, Plaintiff shall file evidence and a brief, if any, of no more than 10 pages defending

assertion of the privilege; by December 19, 2022, Defendant shall file evidence and a brief, if any, of no more than 10 pages in support of its application to overrule; by December 22, 2022, Plaintiff shall file a reply brief, if any, of no more than 5 pages.

3. Non-party Connie Ruta's application to quash the subpoena served on her by Defendant (Dkt. 53) is **granted without prejudice** to a later application by Defendant to subpoena Ms. Ruta in the event that evidence learned during future discovery sufficiently establishes that Ms. Ruta is likely to have relevant information of which discovery is warranted.

The Clerk of Court is respectfully requested to close the motions at Dkt. 43 and Dkt. 53.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2022
New York, New York