UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/9/2023
```

------------------------------------------------------------X

ILARIA BULGARI,                               :
                                              :
                              Plaintiff,      :        22-CV-05072 (LGS) (RWL)
                                              :
                - against -                   :        **ORDER**
                                              :
VERONICA BULGARI, in her capacity as          :
Trustee of the Anna Bulgari Family Trust #1   :
And Trustee of the Anna Bulgari Family        :
Trust #2,                                     :
                                              :
                              Defendant.      :
                                              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed the separate "joint" status reports filed by the parties at Dkts. 95 and 97.  The report filed by Defendant is neutral, fulfills the purpose of the Court's directive, and clearly distills the essential information.  In contrast, the separate report filed by Plaintiff is unduly argumentative and, based on its content, could not have been drafted with the intention that it would be filed jointly.  The Court will not tolerate similar conduct in the future.  Plaintiff shall keep this in mind with respect to future joint reports.

Pursuant to the parties' consent request, fact discovery is extended until February 25, 2023.  The time for submitting a pre-motion letter concerning summary judgment is extended until March 11, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: January 9, 2023
       New York, New York