UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,
                              Plaintiff,

            -against-

VERONICA BULGARI,
                            Defendants.
------------------------------------------------------------X

22 Civ. 5072 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for January 25, 2023, at 4:20 P.M.  It is hereby

**ORDERED** that, in light of the Order at Dkt. No. 104 extending the deadline to file a pre-motion letter concerning summary judgment to March 11, 2023, the pre-motion conference is **adjourned** to **March 29, 2023, at 4:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333.  If no pre-motion letter is timely filed, the conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: January 9, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE