USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ILARIA BULGARI,

               Plaintiff,

   - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

               Defendant.

------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the discovery conference held on January 18, 2023, the Glenmede subpoena issue is resolved as follows: By February 1, 2023, non-party Glenmede shall, in response to the subpoena served by Defendant, produce monthly account statements for the Ilaria Bulgari Trust. Glenmede shall redact all substantive information except for total figures for starting balance and ending balance each month.

      This resolves the letter motions addressed at Dkts. 94, 98, and 99.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 18, 2023
       New York, New York