USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ILARIA BULGARI,

                Plaintiff,

    - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

                Defendant.
-----------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On January 9, 2023, this Court issued a Decision and Order concerning the application of the attorney-client privilege to communications between Plaintiff and her counsel in which Mr. Boyer also participated. (Dkt. 106.) Defendant has moved for "clarification" of that Decision and Order so as to circumscribe its application. (Dkt. 108.) For substantially the reasons as set forth in Plaintiff's opposition to the motion for clarification (Dkt. 112), Defendant's motion is DENIED.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: January 24, 2023
       New York, New York