```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

                           Plaintiff,

        - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

                           Defendant.
------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER
AMENDING PROTECTIVE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      **WHEREAS**, this Court previously signed and entered Defendant's proposed protective order on November 2, 2022. Dkt. No. 45.

      **WHEREAS**, the parties in this proceeding are concurrently litigating other, related cases in New York County Surrogate's Court, captioned *In the Matter of the First and Final Account of the Proceedings of Veronica Bulgari, as Executor of the Will of Anna Bulgari, also known as Anna L. Panzironi Cestelli Guidi, deceased trustee, for the period from June 1, 2005 to October 22, 2019 and as the surviving Trustee for the period from May 28, 2015 to June 30, 2022 of the Article 2 Trust under Anna Bulgari Family Trust #1 U/A 6/1/05, NICOLA BULGARI, Grantor*, File No. 2021-3336/A and *In the Matter of the First and Final Account of the Proceedings of Veronica Bulgari, as Executor of the Will of Anna Bulgari, also known as Anna L. Panzironi Cestelli Guidi, deceased trustee, for the period from October 6, 2005 to October 22, 2019 and as the successor Trustee for the period from October 22, 2019 to October 21, 2020 of the Article 2 Part I Trust under Anna Bulgari Family Trust #2 U/A 10/6/05, NICOLA BULGARI, Grantor*, File No. 2021-3336/B (collectively, the "Surrogate's Court Actions").

**WHEREAS,** the parties wish to allow for use of discovery from the instant proceeding in the Surrogate's Court Actions,

**IT IS HEREBY ORDERED** that to prevent duplication of discovery and unnecessary fees, all discovery shared in this case may be used by counsel in the Surrogate's Court Actions, subject to the recipient of such discovery material signing the amended non-disclosure agreement appended to this order (*see* Exhibit A) ("Amended NDA"); and

**IT IS HEREBY ORDERED** that, notwithstanding the sealing procedures set forth in paragraphs 8 and 9 of the Protective Order entered into in the instant case at Dkt. 45, the signatories to the Amended NDA shall instead follow the Surrogate's Court's procedures for filing under seal with respect to any discovery material filed in the Surrogate's Court Actions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 2, 2023
      New York, New York

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | **EXHIBIT A** |

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ILARIA BULGARI                                                  :
                                                                :
                Plaintiff,                                      :
                                                                :
        v.                                                      :
                                                                : Case No.: 1:22-cv-05072-LGS-RWL
VERONICA BULGARI, in her capacity as Trustee of the Anna        :
Bulgari Family Trust #1 and Trustee of the Anna Bulgari Family Trust : NON-DISCLOSURE AGREEMENT
#2,                                                             :
                                                                :
                Defendant.                                      :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**SURROGATE'S COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In the Matter of the First and Final Account of the Proceedings of  :
Veronica Bulgari, as Executor of the Will of Anna Bulgari, also     :
known as Anna L. Panzironi Cestelli Guidi, deceased trustee, for the:
period from June 1, 2005 to October 22, 2019 and as the surviving   :
Trustee for the period from May 28, 2015 to June 30, 2022 of the    : File No.: 2021-3336/A
Article 2 Trust under Anna Bulgari Family Trust #1 U/A 6/1/05,      :
                                                                    : NON-DISCLOSURE AGREEMENT
                NICOLA BULGARI,                                     :
                                                                    :
                    Grantor.                                        :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**SURROGATE'S COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
In the Matter of the First and Final Account of the Proceedings of  :
Veronica Bulgari, as Executor of the Will of Anna Bulgari, also     :
known as Anna L. Panzironi Cestelli Guidi, deceased trustee, for    :
the period from October 6, 2005 to October 22, 2019 and as the      : File No.: 2021-3336/B
successor Trustee for the period from October 22, 2019 to October   :
21, 2020 of the Article 2 Part I Trust under Anna Bulgari Family    : NON-DISCLOSURE
Trust #2 U/A 10/6/05,                                               : AGREEMENT
                                                                    :
                NICOLA BULGARI,                                     :
                                                                    :
                    Grantor.                                        :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

I, _____ [print name], acknowledge that I have read and understand the Protective Order in this action governing the non-disclosure of those portions of Discovery Material that have been designated as Confidential. I agree that I will not disclose such Confidential Discovery Material to anyone other than for purposes of the above-captioned litigation and that at the conclusion of the litigation I will return all discovery information to the party or attorney from whom I received it. By acknowledging these obligations under the Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Southern District of New York for the purpose of any issue or dispute arising hereunder and that my willful violation of any term of the Protective Order could subject me to punishment for contempt of Court.

Dated: _____     _____
                                                  [Signature]