USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

                      Plaintiff,

        - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

                      Defendant.
------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER (CORRECTED)**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the discovery conference held via Microsoft Teams on February 6, 2023:

1. Counsel for Defendant agreed that Plaintiff's existing deposition testimony is sufficient to authenticate the photographs taken by Mr. Atreides. Accordingly, Defendant's request to proceed with a motion for sanctions against Plaintiff in regard to the deposition of Mr. Atreides (Dkt. 110) is denied without prejudice.

2. Plaintiff's motion to compel third-party Neuberger Berman Group LLC (Dkt. 118) is denied without prejudice. By February 13, 2023, the parties will meet and confer with Neuberger with the goal of resolving the issue of the subpoena served on Neuberger.

3. Plaintiff's motion to compel with respect to third-party Bulgari Corporation of America (Dkt. 122) is premature but remains pending.

4. By February 7, 2023, Plaintiff will provide Defendant with a date in February 2023 when Plaintiff will produce its privilege log, subject to the caveat that the parties will

1

meet and confer as to the extent to which communications between Plaintiff and her current litigation counsel are to be included. If such communications are included they need not be logged by the time of production of the privilege log to be produced in February, but the parties should agree on a date for doing so.

     5. Plaintiff will produce any remaining documents for production from Jan Boyer by the same date that Plaintiff produces her privilege log in February.

     6. Plaintiff's counsel confirmed that Plaintiff is not seeking damages for emotional distress or psychological harm.

     7. Plaintiff will produce documents responsive to Defendant's Second Set of RFP's 1, 2 and 5 by the end of February.

     8. The deadline to complete discovery is extended to March 31, 2023. No new discovery requests may be served after February 10, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2023
      New York, New York