USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ILARIA BULGARI,                                    :
                                                   :
                              Plaintiff,           :
                                                   :
              - against -                          :
                                                   :
VERONICA  BULGARI, in her capacity as              :
 Trustee of the Anna Bulgari Family Trust #1       :
 And Trustee of the Anna Bulgari Family            :
 Trust #2,                                         :
                                                   :
                              Defendant            :
                                                   :
-------------------------------------------------------------X

22-cv-5072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

ORDER: The Court is entering on ECF the unofficial transcript of the proceeding obtained from the Microsoft Teams application. This unofficial transcript is provided at the parties' request for their off-the-record use. The Court has been unable to access a video recording from which an official transcript may be transcribed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 10, 2023
         New York, New York

Copies transmitted this date to all counsel of record.

1

0:0:0.0 --> 0:0:4.100
Judge Robert W Lehrburger
Alright, uh, we have begun a recording.

0:0:4.820 --> 0:0:28.30
Judge Robert W Lehrburger
And we are here for Bulgari versus Bulgari 22CV5072. This is a Discovery Conference to address a variety of issues. It was initiated by me based on the application of the defendant concerning the deposition of Mr Atreides.

0:0:28.750 --> 0:0:31.110
Judge Robert W Lehrburger
Uh, apologize for not pronouncing that correctly.

0:0:32.190 --> 0:0:46.170
Judge Robert W Lehrburger
And in the wake of that, we got the letters from the plaintiff about the Newberger subpoena and the Bulgaria America subpoena, and then the e-mail on Friday.

0:0:47.100 --> 0:1:12.600
Judge Robert W Lehrburger
From that, if defendant regarding several issues, so I I'm perfectly willing to speak to all of those if for some reason and somebody thinks something is premature because it hasn't, they haven't had a chance to respond and would rather do that in writing. We can discuss whether to do that or not. Just give me a second here please.

0:1:33.200 --> 0:1:35.340
Judge Robert W Lehrburger
Trying to get something off my screen.

0:1:43.780 --> 0:1:45.110
Judge Robert W Lehrburger
Alright so.

0:1:46.890 --> 0:1:54.450
Judge Robert W Lehrburger
Let's begin with the Atreides deposition. But before we do, let's have Council put in their appearances. Who will be speaking on behalf of plaintiff?

0:2:12.720 --> 0:2:13.210
Judge Robert W Lehrburger
OK.

0:1:59.820 --> 0:2:21.600
Skinner, Peter M.
Your Honor, Peter Skinner from Morrison, Forrester. Mr Boys and Mr Schwartz were planning to take the weed for plaintiffs. They've texted me that they are trying, that they were on, but got kicked out. And they're trying to relog back in. I don't wanna hold the cord up, so I'm happy to fill in for them. But if

you want to give them another moment while others are taking appearances, they may join in the interim.

0:2:23.540 --> 0:2:26.540
Judge Robert W Lehrburger
Alright, well that's fine. And who's here for the defense?

0:2:27.540 --> 0:2:31.70
Mitch Karlan (Guest)
Your Honor, Mitch Carlin from Gibson, Dunn and Crutcher.

0:2:34.290 --> 0:2:36.540
Judge Robert W Lehrburger
And who's on for any third party?

0:2:37.430 --> 0:2:37.790
Cummings, Charles B.
But.

0:2:39.900 --> 0:2:40.170
Waleska Suero Garcia
No.

0:2:41.90 --> 0:2:41.480
Waleska Suero Garcia
There you go.

0:2:42.450 --> 0:2:43.20
Waleska Suero Garcia
You're on that.

0:2:37.80 --> 0:2:45.770
Mitch Karlan (Guest)
And you're apologize. Apologize, your honor. I didn't mean to ohmit them. Mr Rosen sale is on from Capuchin as well.

0:2:46.130 --> 0:2:46.600
Judge Robert W Lehrburger
OK.

0:2:46.350 --> 0:2:46.970
Waleska Suero Garcia
Can't hear any.

0:2:46.960 --> 0:2:47.450
Michael Rosensaft (Defendant)
Good morning.

0:2:48.910 --> 0:2:51.640
Judge Robert W Lehrburger
Morning. And is there anyone on for any third party?

0:2:52.830 --> 0:2:54.140
Waleska Suero Garcia
I could make it two years.

0:2:52.920 --> 0:3:0.240
Cummings, Charles B.
Your Honor, Charles Charles Cummings from Baker and McKenzie Council for thorough tradies.

0:3:1.440 --> 0:3:1.880
Judge Robert W Lehrburger
OK.

0:3:4.110 --> 0:3:4.520
Skinner, Peter M.
I.

0:3:3.980 --> 0:3:4.800
Judge Robert W Lehrburger
Anybody else?

0:3:7.580 --> 0:3:8.670
Judge Robert W Lehrburger
Alright, anybody else?

0:3:8.480 --> 0:3:14.710
Skinner, Peter M.
You're right. I see that Mister Boys is just just join you right now. So we'll. So he's taking a minute to to get his audio gone.

0:3:12.190 --> 0:3:14.910
Judge Robert W Lehrburger
Yes, I I see that. I see that as well.

0:3:16.430 --> 0:3:17.70
Judge Robert W Lehrburger
Do you see that?

0:3:19.340 --> 0:3:20.270
Waleska Suero Garcia
OK, it's working now.

0:3:32.250 --> 0:3:32.670
Waleska Suero Garcia
Alright.

0:3:39.140 --> 0:3:40.730
Waleska Suero Garcia
Hi, can you hear us?

0:3:41.620 --> 0:3:44.0
Judge Robert W Lehrburger
Yes, we can hear you, Mr Boys, and we can see you.

0:3:44.660 --> 0:3:45.890
Waleska Suero Garcia
OK, I apologize.

0:3:46.800 --> 0:3:47.680
Waleska Suero Garcia
Apologize.

0:3:49.70 --> 0:3:50.280
Waleska Suero Garcia
That's some feedback.

0:3:50.630 --> 0:3:51.310
Judge Robert W Lehrburger
Not a problem.

0:3:53.150 --> 0:3:53.640
Waleska Suero Garcia
Howard.

0:3:57.160 --> 0:3:57.580
Waleska Suero Garcia
Whoops.

0:3:59.670 --> 0:4:0.40
Waleska Suero Garcia
What?

0:4:1.30 --> 0:4:1.630
Waleska Suero Garcia
That's just.

0:4:1.770 --> 0:4:2.310
Waleska Suero Garcia
Report.

0:4:5.200 --> 0:4:5.770
Waleska Suero Garcia
OK.

0:4:9.940 --> 0:4:10.580
Waleska Suero Garcia
Hopefully.

0:4:11.210 --> 0:4:12.810
Waleska Suero Garcia
No, we still have the feedback.

0:4:13.870 --> 0:4:23.870
Judge Robert W Lehrburger
Yeah, your voice is coming in and out. I'm not sure if that has to do with how close you are to the microphone or or connection, but it's a little sounds like it's little underwater.

0:4:24.580 --> 0:4:26.210
Waleska Suero Garcia
What? What happened was we had.

0:4:27.80 --> 0:4:33.710
Waleska Suero Garcia
It connected, died, went to a laptop and I didn't think that we managed to turn off the.

0:4:40.500 --> 0:4:42.380
Waleska Suero Garcia
They're gonna go going to different room.

0:4:43.0 --> 0:4:44.440
Waleska Suero Garcia
So we'll be able to.

0:4:46.160 --> 0:4:46.870
Waleska Suero Garcia
If you can give us.

0:4:48.710 --> 0:4:52.50
Waleska Suero Garcia
Admitted or two. Gonna move with it. Move and tried to get.

0:4:53.0 --> 0:4:53.340
Judge Robert W Lehrburger
OK.

0:4:53.260 --> 0:4:53.480
Waleska Suero Garcia
Yeah.

0:4:56.680 --> 0:4:57.310
Waleska Suero Garcia
That's good.

0:5:33.50 --> 0:5:33.700
David Boies
Hello.

0:5:33.930 --> 0:5:35.280
Judge Robert W Lehrburger
Yes, that's much better.

0:5:35.570 --> 0:5:41.980
David Boies
OK, I think we've I think we've we moved to it a timely different office and escaped the.

0:5:43.270 --> 0:5:43.660
David Boies
Uh.

0:5:43.740 --> 0:5:43.880
David Boies
Yeah.

0:5:45.40 --> 0:5:45.770
David Boies
Our original.

0:5:46.910 --> 0:5:48.940
David Boies
Connection. I apologize.

0:5:48.480 --> 0:5:51.760
Judge Robert W Lehrburger
Alright, that's alright. So just putting your formal appearance, please.

0:5:53.10 --> 0:5:54.330
David Boies
This is David, boys.

0:5:55.840 --> 0:6:3.490
David Boies
On a boy should or flexner, representing the plaintiff and a match. Swartz is also here.

0:6:4.210 --> 0:6:4.610
David Boies
Thank you.

0:6:5.280 --> 0:6:7.30
Judge Robert W Lehrburger
Alright so.

0:6:6.250 --> 0:6:10.320
David Boies
Good morning. I'm gonna walk down the hall to my office. OK. OK.

0:6:10.970 --> 0:6:11.590
David Boies
21 screen.

0:6:11.650 --> 0:6:30.880
Judge Robert W Lehrburger
So as I said, we're gonna begin with the issue of the Treaties deposition. And as I said, I've gotten the correspondence, including from Mr Cummings. And I'm just wondering whether anything further has happened with respect to him.

0:6:31.310 --> 0:6:38.840
Judge Robert W Lehrburger
Uh, that would change anything, anything from the defense side of that.

0:6:39.510 --> 0:6:40.190
Mitch Karlan (Guest)
No, your honor.

0:6:40.720 --> 0:6:41.970
Judge Robert W Lehrburger
Way of anything new.

0:6:42.800 --> 0:6:43.550
David Boies
I know you're.

0:6:43.870 --> 0:6:44.640
Judge Robert W Lehrburger
Mr Cummings.

0:6:45.110 --> 0:6:45.360
Cummings, Charles B.
No.

0:6:46.160 --> 0:6:48.570
Judge Robert W Lehrburger
All right. So let me ask the defendant something.

0:6:49.760 --> 0:6:59.540
Judge Robert W Lehrburger
As I recall, the main purpose of having Mr Ed trees deposed was in relation to to photographs that he had taken. Is that correct?

0:7:0.660 --> 0:7:2.70
Mitch Karlan (Guest)
That is correct, your honor.

0:7:2.170 --> 0:7:8.550
Judge Robert W Lehrburger
Alright. And is do you need anything beyond authentication of those photographs?

0:7:11.180 --> 0:7:12.690
Mitch Karlan (Guest)
No, and.

0:7:15.200 --> 0:7:26.40
Mitch Karlan (Guest)
One of the reasons that we have not pursued remedies as of this time against the witness for his failure to appear at the deposition.

0:7:27.100 --> 0:7:28.990
Mitch Karlan (Guest)
Which was not. Whoops, we.

0:7:30.180 --> 0:7:32.480
Mitch Karlan (Guest)
There you are. OK. Sorry, judge.

0:7:33.720 --> 0:7:35.650
Mitch Karlan (Guest)
Which was not done with our consent.

0:7:36.790 --> 0:8:0.740
Mitch Karlan (Guest)
Is that at the plaintiff step position she in our in our view authenticated the photographs. So she didn't obviously take them. She she testified that they were photographs of her home and and that the poster paper in the photographs were were hers as well. So while I haven't had a chance to.

0:8:1.960 --> 0:8:12.710
Mitch Karlan (Guest)
Speak with Plaintiffs council on this subject and I suspect they'll have relevance, objections and other sorts of things. I I don't think there is any longer any dispute.

0:8:14.70 --> 0:8:15.380
Mitch Karlan (Guest)
That the photographs.

0:8:16.260 --> 0:8:24.930
Mitch Karlan (Guest)
Ferial fairly and accurately depict the home of the plaintiff and the posters that were on the wall.

0:8:25.870 --> 0:8:45.980
Judge Robert W Lehrburger
All right. In that case, then, what's left of your letter, it seems, is your request to be able to move for sanctions or some other relief with respect to the letter that boys shell or sent to Mr Atris. Council. Is that correct?

0:8:46.370 --> 0:8:56.200
Mitch Karlan (Guest)
Yes, and in particular judge would because I haven't had a chance to speak to the plaintiff council about the authenticity issue. If there are objections at trial.

0:8:57.460 --> 0:9:20.990
Mitch Karlan (Guest)
And and they're sustained based on the testimony of the plaintiff, we would certainly have Mr Atreides on our witness list and subject to a subpoena and would want him to testify and are and are unhappy about, to put it mildly, about what we perceived to be a witness tampering.

0:9:21.710 --> 0:9:22.900
Judge Robert W Lehrburger
Alright, alright.

0:9:25.180 --> 0:9:32.410
Judge Robert W Lehrburger
But let me ask you, are you still, is it still your desire to actually make a formal motion?

0:9:35.120 --> 0:9:42.590
Mitch Karlan (Guest)
Unless the plaintiffs are prepared to agree to leave, this poor man alone, yeah.

0:9:45.120 --> 0:9:56.960
Judge Robert W Lehrburger
So, Mr Boys, Mr Skinner, what's your position? Is this something we can drop? And would you be willing to agree that the plaintiffs testimony was sufficient to authenticate the photos?

0:9:58.60 --> 0:10:4.270
David Boies
I I believe that the plaintiffs testimony does authenticate that these were photos that were taken.

0:10:5.390 --> 0:10:29.940
David Boies
In her apartment of objects in her apartment, whether it's fair and accurate, description of it is probably in the eye of the beholder. But but in terms of the authenticity of the photographs as being actual photographs taken of her apartment and of objects and papers in her apartment, we believe that her testimony authenticates that.

0:10:30.900 --> 0:10:33.790
Judge Robert W Lehrburger
Or, uh Mr Cummings, is there anything you want to say?

0:10:34.720 --> 0:10:35.310
Cummings, Charles B.
I know you're on.

0:10:52.970 --> 0:10:53.260
Mitch Karlan (Guest)
With.

0:10:36.90 --> 0:11:4.100
Judge Robert W Lehrburger
Alright, so it sounds to me like this issue can be dropped that based on the representations made
regarding the authentication of the photos and therefore I am going while I've answered the conference
to discuss the motion, I do not see any need for a formal motion to be filed at this point, so I'm going to
deny it without prejudice.

0:11:6.450 --> 0:11:6.910
Mitch Karlan (Guest)
Understood.

0:11:7.710 --> 0:11:20.280
Judge Robert W Lehrburger
Alright, so that brings us to the issue of the Newberger subpoena, and I believe this is the one where I
do have a a response. Hold on.

0:11:22.420 --> 0:11:43.100
Judge Robert W Lehrburger
Yeah. So where are we on on this? It seems like if it's something again where discovery is appropriate,
it's gonna be had and there's a dispute of basically about how broad and what's going to be, who's going
to deal with the privilege issues. If I describe that right? Or would you describe it differently? Mr Boyd?
Mr Skinner.

0:11:45.460 --> 0:11:47.10
David Boies
It's Mr Skinner on.

0:11:47.550 --> 0:11:47.940
Judge Robert W Lehrburger
Yes.

0:11:50.420 --> 0:11:51.150
Skinner, Peter M.
Yeah, I'm here.

0:11:51.890 --> 0:11:54.260
David Boies
Uh, can you answer that question?

0:11:56.100 --> 0:12:20.250
Skinner, Peter M.

Yeah. Judge, I I I think you're correct that there is a disagreement with respect to kind of who should be asserting the privilege and how it should be asserted. We also just have the issue that at this point in time, we've been trying to get the documents from Neuberger for months, and they haven't sent us anything that would not be privileged. And we think we need an order from the court compelling them to produce something because they don't seem inclined to act with without that type of an order.

0:12:20.950 --> 0:12:25.450
Judge Robert W Lehrburger
Have you provided any notice to them of today's conference?

0:12:25.910 --> 0:12:38.590
Skinner, Peter M.
Yes, we provided them with the with notice. Well, I should say I I don't know specifically. We provided the notice of today's conference. I think we did, but we've certainly provided them notice of all the correspondence and the motions.

0:12:41.510 --> 0:12:45.500
Judge Robert W Lehrburger
OK. And Mr Carlin, what is the defense side of things here?

0:12:48.380 --> 0:13:1.370
Mitch Karlan (Guest)
Just to pick up on that last point, Judge, I don't, I don't know who is counsel for Newberger. Mr Rosensaft, who's on the phone? May know that. But I don't believe that in the.

0:13:2.610 --> 0:13:12.520
Mitch Karlan (Guest)
E-mail notices we have received from your honors chambers about today that any lawyer from Newberger was on those emails.

0:13:13.910 --> 0:13:14.750
Skinner, Peter M.
The like that.

0:13:13.680 --> 0:13:19.210
Judge Robert W Lehrburger
Yeah. And the courts certainly was not aware of who may be representing new burgers, so.

0:13:19.710 --> 0:13:20.990
Skinner, Peter M.
Yeah, that's that's correct.

0:13:20.520 --> 0:13:23.110
Judge Robert W Lehrburger
I can't, so I.

0:13:22.250 --> 0:13:24.720
Skinner, Peter M.
It's been an in house lawyer from news from Neuberger.

0:13:25.520 --> 0:13:44.210
Judge Robert W Lehrburger
OK, but uh, I I don't see how we can discuss it with any further substance without someone representing new Burger. But if there's an issue as between the defendant and the plaintiff with respect to the new burger documents, we can discuss that.

0:13:46.290 --> 0:13:47.520
Judge Robert W Lehrburger
Mr yeah.

0:13:46.210 --> 0:13:49.290
Mitch Karlan (Guest)
In in general, I'm sorry. I'm sorry, judge, in general.

0:13:48.780 --> 0:13:49.720
Judge Robert W Lehrburger
No, I.

0:13:50.390 --> 0:14:0.320
Mitch Karlan (Guest)
And I apologize for speaking over you, judge. In in general, there is a concern on the part of the defendant that these are false hits.

0:14:1.540 --> 0:14:3.700
Mitch Karlan (Guest)
My understanding is that.

0:14:4.800 --> 0:14:33.580
Mitch Karlan (Guest)
As your Honor knows, you know nowadays all documents are electronic, so all documents searches are done electronically and and by word search end. So things come up that aren't really responsive until some human has looked at them. And our understanding is that there should not be literally any documents at Neuberger Berman that relate to the issues in this case and and as your Honor generally knows.

0:14:36.410 --> 0:15:3.120
Mitch Karlan (Guest)
But outside of this case, there is this other proceeding in the surrogates court and in connection with the preparation of that accounting. The lawyers at CAT and who have largely been kicked, you know, not largely who have completely been carrying the load on that burden, did communicate with with Newberger. Michael, do you wanna just speak to that? And what? What what, what? The basis of our understanding is that there should not be any documents.

0:15:4.160 --> 0:15:21.440
Michael Rosensaft (Defendant)
Yeah, I'm happy too. So I I spoke to council for Newberger. Her name is Kit Addleman. She's attained spoon, and to my knowledge she does not know about this conference. She actually wasn't even served the motion to compel as of the date I spoke to her.

0:15:22.130 --> 0:15:28.550
Michael Rosensaft (Defendant)
Umm, but she she indicated to me that kind of based on a cursory review, the.

0:15:29.250 --> 0:15:40.80
Michael Rosensaft (Defendant)
The documents that came up from the electronic search fall into kind of three buckets. 11 is, you know, bulgary advertisements and things that I doubt plaintiffs want.

0:15:40.550 --> 0:16:10.900
Michael Rosensaft (Defendant)
Uh to uh is internal audit statements and you know that has information about other clients and processes that I'm sure they would object to and we see no reason why they'd be relevant to this case. The third bucket is the family trust had one investment in a fund that was at Neuberger. It was very recent. It's been disclosed in the judicial accounting. Presumably plaintiffs know all about it, but.

0:16:11.0 --> 0:16:18.680
Michael Rosensaft (Defendant)
That is the one category that could pertains to the trust. I don't think we have any objection to them producing that.

0:16:19.130 --> 0:16:28.700
Michael Rosensaft (Defendant)
UM, and if that's all that plaintiffs are seeking, then I think I can't speak for Neuberger, but I I think this dispute probably.

0:16:29.630 --> 0:16:31.340
Michael Rosensaft (Defendant)
That would not need to be presented to your Honor.

0:16:33.230 --> 0:16:33.930
Judge Robert W Lehrburger
Mr Skinner.

0:16:34.610 --> 0:17:6.420
Skinner, Peter M.
It yet what we're looking for are the investments related to trust. One, we're also looking for correspondence related to trust 1. The defendant has represented in the to us as well as in her filings and the surrogates court that she has taken efforts to reach out to the other investment firms where investments were held on behalf of Trust, one as part of her, you know, compliance with her fiduciary duties, the any correspondence she's had with Neuberger to try and get records related to investments held by trust. One would also be responsive and we'd be looking for those.

0:17:6.530 --> 0:17:24.950
Skinner, Peter M.
Or equally equally relevant to us would be representation from the bank that there are none of those. So I think you know, to the extent that Mister Rosensaft is saying that Neuberger is prepared to produce

documents related to investments that the firm held. I'm half trust one. That's what we want, and that's what we would like to produce.

0:17:26.630 --> 0:17:34.890
Judge Robert W Lehrburger
OK, so it sounds to me like this is ultimately something lawyers can reasonably agree upon. What needs to be done to make that happen?

0:17:37.740 --> 0:18:7.410
Skinner, Peter M.
Well, neuberger's been saying that they can't produce anything to us under the existing protective order because they think they need additional protections beyond that. We have asked defense Counsel to sign on to a new order that had been negotiated with number that shouldn't say in order a new agreement between the parties with respect to how to handle the documents produced by Neuberger, they wouldn't sign it. So we're kind of in a situation now where Neuberger won't send us anything without this enhanced agreement between the parties.

0:18:7.750 --> 0:18:14.830
Skinner, Peter M.
Or in order from the court, I would think saying, you know, the existing protective orders Ward is sufficient to protect your interests.

0:18:16.440 --> 0:18:19.130
Judge Robert W Lehrburger
URL for Mr Residence safe. I'm sorry.

0:18:19.20 --> 0:18:46.340
Michael Rosensaft (Defendant)
But thank you. You're honour, right? If if all plaintiffs are looking for are the documents related to trust ones investments in that one fund, which is my understanding is all Neuberger has, I don't think they'll have an issue because they're their biggest concern was their internal processes and other clients. And my, my supposition is that those that subset of documents.

0:18:46.430 --> 0:19:2.420
Michael Rosensaft (Defendant)
That they won't have a concern under the protective order if if they do, we're happy to to sign on to whatever they feel is appropriate within reason, are concerned with not signed up to that additional protective order earlier. Was all these false hits that were coming up but.

0:19:2.950 --> 0:19:7.990
Michael Rosensaft (Defendant)
Umm, you know if if we've whittled that down, then you know, we'll work it out with them. I don't think they'll be any issue.

0:19:8.610 --> 0:19:40.550
Judge Robert W Lehrburger
Yeah, it seemed to me that the what it just thinking through and surmising what their concerns would be in wanting a higher degree of protection in some way was precisely the third party issue in particular.

So it sounds like this can't be worked out. I'm gonna ask cancel to do is to confer with each other, have a call with Defense Council and playing of Council and Newberger and within the next week and see if you can come to an agreement.

0:19:40.800 --> 0:19:58.40
Judge Robert W Lehrburger
If there's still an issue after a week from today, which would be the 13th, then it plain of can come back to the court, but it should obviously keep the number or Council in the loop on everything so that they can be involved.

0:19:58.890 --> 0:20:0.930
Judge Robert W Lehrburger
But hopefully that will get worked out.

0:20:3.670 --> 0:20:4.540
Judge Robert W Lehrburger
OK.

0:20:19.430 --> 0:20:38.230
Judge Robert W Lehrburger
Alright. And then the next one I have is the Bulgari America subpoena to which I do not have any response yet based on the fact that the letter concerning the issue was submitted on February 3rd, Mr Carl. And is that something you're prepared to respond to you now?

0:20:38.960 --> 0:20:58.350
Mitch Karlan (Guest)
I am your honor. And I'm. I'm thank you for calling on me. I I was disappointed to see in the letter from defendants football. Pardon me from plaintiffs that your Honor was not made aware that this witness, this company, has absolutely no relationship to the Bulgari family.

0:21:0.10 --> 0:21:4.380
Mitch Karlan (Guest)
This is, as your Honor may or may not know the family.

0:21:4.460 --> 0:21:11.980
Mitch Karlan (Guest)
The all the the business some years ago to another luxury retailer and.

0:21:12.970 --> 0:21:24.380
Mitch Karlan (Guest)
Uh. While the company exists this, this, this particular company that is the witness here exists, it is not owned in any way by any member of the Bulgary family.

0:21:29.510 --> 0:21:29.780
Judge Robert W Lehrburger
OK.

0:21:31.350 --> 0:21:41.940
Mitch Karlan (Guest)

And I was not aware until I got the letter that Miss Root of who your Honor may remember from prior motion practice was apparently according to the plaintiff employed by by Bulgari America.

0:21:43.300 --> 0:21:44.130
Mitch Karlan (Guest)
Focus your.

0:21:42.880 --> 0:21:49.410
Judge Robert W Lehrburger
OK, so they are strictly a third party then, and it sounds like it's a. Is that right, Mr Skinner? Mr Boyd.

0:21:50.390 --> 0:21:54.190
David Boies
They they are a third party. You're honor. Who owns them?

0:21:55.530 --> 0:22:0.530
David Boies
Isn't really from our perspective, the point the the point is that.

0:22:3.320 --> 0:22:3.990
David Boies
Miss rudder.

0:22:5.310 --> 0:22:17.800
David Boies
Asserted that she didn't have the ability to produce these documents, and so we had to go to her employer, which is Bulgaria, America. And so we've gone to her employer to get.

0:22:19.160 --> 0:22:27.490
David Boies
The emails of the court will recall that we originally tried to take Miss Rudy's deposition. The court denied that without prejudice.

0:22:30.170 --> 0:22:35.800
David Boies
And give us an opportunity to try to establish more relevance. We need the documents to do that.

0:22:37.170 --> 0:22:42.320
David Boies
And so, regardless of whether this is owned by the Bulgari family or General Motors.

0:22:43.820 --> 0:22:48.520
David Boies
They have her emails and so we need to subpoena them for.

0:22:48.320 --> 0:22:59.570
Judge Robert W Lehrburger
Yeah, I'm. I'm not questioning the the potential relevancy. I would just questioning the fact that again we have a third party who is not represented at this conference and don't know that I can do anything.

0:23:0.310 --> 0:23:5.280
Judge Robert W Lehrburger
Alright, so I think it's premature, don't you think?

0:23:6.200 --> 0:23:11.10
David Boies
I I I think I think your honor is correct. I think. I think we should have.

0:23:12.150 --> 0:23:16.110
David Boies
Uh, uh. We we should have given them notice and they should have been.

0:23:16.820 --> 0:23:17.170
David Boies
I agree.

0:23:22.780 --> 0:23:22.970
David Boies
But.

0:23:16.670 --> 0:23:28.340
Judge Robert W Lehrburger
Well, that's a I mean again it was, you know, you brought it up only on Friday. So I can understand why this wouldn't be happening yet. But I think that needs to happen 1st. And then if we need to have a conference we we can do so alright.

0:23:28.110 --> 0:23:28.360
David Boies
I.

0:23:29.40 --> 0:23:36.50
Judge Robert W Lehrburger
So then there were the handful of issues that the defense wrote about on Friday.

0:23:37.370 --> 0:23:40.730
Judge Robert W Lehrburger
Mr boys, Mr skin, are these things that you're prepared to discuss today?

0:23:42.70 --> 0:23:43.930
David Boies
Mr Schwartz, who I think is also on.

0:23:45.250 --> 0:23:49.510
David Boies
Is prepared to discuss those to the extent the court wants to do that.

0:23:49.170 --> 0:23:49.620
Judge Robert W Lehrburger
OK.

0:23:50.720 --> 0:24:1.800
Judge Robert W Lehrburger
All right. So the first item I have is a privilege log and just getting a date by which plaintiff will submit a privilege log. Mr Schwartz.

0:24:2.610 --> 0:24:18.670
Matthew L. Schwartz
Sure. So we we actually met and conferred on this among other issues this past week on Wednesday the 1st we were we were due to continue that conversation on Friday but.

0:24:20.770 --> 0:24:46.700
Matthew L. Schwartz
I think we in defendants had a mutual scheduling mishap and we didn't connect on Friday. So I think it may be in a number of these issues may be premature because there were open issues, for example, with respect to the privilege log we had posed the question can we exclude from the log communications with our firm, Boise Schiller, Mr Skinner's firm, Morrison, Forrester, as well as our clients prior firm Curtis Malay.

0:24:49.280 --> 0:25:8.90
Matthew L. Schwartz
Not having to log those communications will result in incredible efficiency, and it seems to me, obviously those are privileged and not subject to challenge, but we haven't got an answer to that question and there, you know, there are other things that we talked about, things like that will allow us to.

0:25:9.960 --> 0:25:28.50
Matthew L. Schwartz
Move forward with this, because obviously now that we've gotten an answer from the Court on the Boyer privilege issue, which was a substantial gating item, there's no reason to delay and we're prepared to produce a log. It's simply a matter of what needs to be in it and the more.

0:25:28.730 --> 0:25:29.230
Matthew L. Schwartz
Umm.

0:25:30.430 --> 0:25:38.350
Matthew L. Schwartz
The the more it needs to include those plainly privileged communications, the longer it will take, but either way, you know we're talking about a matter of a few weeks.

0:25:43.330 --> 0:25:44.130
Mitch Karlan (Guest)
Yeah. Yes.

0:25:45.360 --> 0:25:45.720
Mitch Karlan (Guest)
Yes.

0:25:39.980 --> 0:25:49.430
Judge Robert W Lehrburger
Well, is there anything that can be answered now, Mr Carlin or Mr Rosensaft? The the the issue of whether those items should be logged relating to the three firms?

0:25:50.130 --> 0:25:52.40
Mitch Karlan (Guest)
Yes, your honor. It it can be.

0:25:53.200 --> 0:25:54.10
Mitch Karlan (Guest)
The.

0:25:55.150 --> 0:26:7.480
Mitch Karlan (Guest)
Uh log need not include any privileged communications that occurred after the date the complaint was filed.

0:26:9.420 --> 0:26:18.170
Mitch Karlan (Guest)
With respect and I think that probably takes care of most of the boys, Schiller, Morrison and Forrester issue with respect to.

0:26:19.630 --> 0:26:26.570
Mitch Karlan (Guest)
Curtis Malay, I would respectfully suggest that that is not a appropriate because for, among other reasons.

0:26:27.950 --> 0:26:29.80
Mitch Karlan (Guest)
Curtis Malay.

0:26:30.30 --> 0:26:55.320
Mitch Karlan (Guest)
A partner at Curtis Malay, Mr Robert Sheehan, was for I believe, about a year. The Co trustee of the Ellaria Trust, and it would certainly be our position that those communications are not privileged and not asking the Court to rule on that today. But if the if a privilege is going to be claimed with respect to those, then they should be on the log.

0:26:56.240 --> 0:27:3.10
Judge Robert W Lehrburger
OK, well, assuming those go on the log then and the other two do not, Mr Schwartz, when can you have a log?

0:27:3.90 --> 0:27:5.820
Judge Robert W Lehrburger
Uh, prepared and delivered.

0:27:6.680 --> 0:27:36.770
Matthew L. Schwartz
So I I I don't have right in front of me the breakdown of how much that cuts out or doesn't cut out. And there was, as the defendants know, a pretty substantial pre filing investigation here. That means the cut off of the filing of the complaint in June is material. But but there's still a lot of Boise Schiller communications that will need to be logged. What I will do if it is acceptable to the court is consult with my team and endeavor.

0:27:36.930 --> 0:27:48.960
Matthew L. Schwartz
You promise to give Mr Carlin by the end of the day today a date by a date in February by which we will give them a privilege log. And if for whatever reason that's a problem, we can come back to your own.

0:27:50.40 --> 0:27:51.280
Mitch Karlan (Guest)
That's that's wonderful, judge.

0:27:51.880 --> 0:27:52.280
Judge Robert W Lehrburger
Alright.

0:27:53.790 --> 0:27:54.90
Judge Robert W Lehrburger
Yep.

0:27:52.100 --> 0:27:55.130
David Boies
Your, Your Honor, could I just interject one thought.

0:27:55.730 --> 0:27:56.210
Judge Robert W Lehrburger
Yep.

0:27:56.350 --> 0:27:57.500
David Boies
And I wonder.

0:27:58.500 --> 0:28:4.80
David Boies
It would expedite things if we were not. I understand Mr Carlin's point about Curtis.

0:28:6.0 --> 0:28:13.80
David Boies
But that doesn't apply to Morrison Forest or a boy, Schiller, and I wonder whether we can't. Just not.

0:28:14.260 --> 0:28:28.470
David Boies
Lawn the communications with boys, Schiller and Morrison. Whether they preceded or followed the

filing of the complaint, there's still gonna be privileged either way, and it is. It is certainly gonna delay things.

0:28:29.670 --> 0:28:33.900
David Boies
If we have to log everything that went on in the pre complaint investigation.

0:28:34.440 --> 0:28:38.390
Judge Robert W Lehrburger
Right. So I I think I'm gonna leave you all to really sort that out, but.

0:28:39.490 --> 0:29:9.800
Judge Robert W Lehrburger
I there should be a log that is produced with the date certain in February that contains at least everything else, and I would also say Curtis Malay as to Boise, Schiller and and the other firm. I would just say if you end up because of the volume that is gonna be on it and needing more time than fine, but you may all agree to be able to narrow that down to something that's.

0:29:10.320 --> 0:29:11.960
Judge Robert W Lehrburger
That's more manageable, alright.

0:29:13.100 --> 0:29:13.710
Judge Robert W Lehrburger
OK.

0:29:13.660 --> 0:29:14.110
Matthew L. Schwartz
That's fine.

0:29:17.920 --> 0:29:21.630
Mitch Karlan (Guest)
With respect to the next point, judge, there is a small update if I may.

0:29:21.920 --> 0:29:22.520
Judge Robert W Lehrburger
Sure, click.

0:29:23.510 --> 0:29:27.700
Mitch Karlan (Guest)
I believe it was Friday. I think it was Friday. I I'll be corrected if I'm wrong.

0:29:29.0 --> 0:29:31.450
Mitch Karlan (Guest)
Mr Boyer produced 30 documents.

0:29:32.850 --> 0:29:51.580
Mitch Karlan (Guest)
And no log and we don't based on our conversations that Mister Schwartz referred to, it's our

understanding that the 30 documents do not constitute the entire production and that more may or will becoming and of course the log issue is still out there. So that's the update there, judge.

0:29:53.250 --> 0:30:6.930
Matthew L. Schwartz
And that that's that's correct. So the the materials that we produced last week were the complete production of Mr Boyer's documents that were not.

0:30:7.350 --> 0:30:7.850
Matthew L. Schwartz
Umm.

0:30:9.360 --> 0:30:13.0
Matthew L. Schwartz
Were not subject to review pending the privilege issue.

0:30:14.230 --> 0:30:26.850
Matthew L. Schwartz
And so the remainder of the documents, which is the vast majority of the documents that are being reviewed now implicate the courts, privilege ruling and and candidly a lot of them are requiring.

0:30:27.950 --> 0:30:40.980
Matthew L. Schwartz
You know multi level review of chains within chains and redactions, all all that said, I anticipate that we'll be in a position to produce the remainder of Mr Boyer's documents within the week.

0:30:42.180 --> 0:30:42.460
Judge Robert W Lehrburger
Hey.

0:30:42.120 --> 0:30:44.30
Mitch Karlan (Guest)
Great. And and a long goal so.

0:30:46.600 --> 0:30:53.0
Matthew L. Schwartz
But it if it's acceptable to the court, let's talk about that, but certainly won't be any later than the plaintiffs privilege log.

0:30:53.500 --> 0:30:54.590
Mitch Karlan (Guest)
Great. Thank you.

0:30:57.180 --> 0:30:59.180
Judge Robert W Lehrburger
Great. Sounds like that's been worked out.

0:31:0.690 --> 0:31:1.370
Judge Robert W Lehrburger
Just a moment.

0:31:12.210 --> 0:31:21.700
Judge Robert W Lehrburger
All right. And then that brings us to the question of a Rule 35 exam, many developments there, Mr Chrome.

0:31:23.760 --> 0:31:24.240
Judge Robert W Lehrburger
Alright.

0:31:22.260 --> 0:31:27.930
Mitch Karlan (Guest)
No, your honor. And just I I didn't want to burden the court with a very, very long e-mail.

0:31:29.220 --> 0:31:45.480
Mitch Karlan (Guest)
It's not like we want the Rule 35 exam, we just want fairness. So it's got to be one or the other. It's either of these issues are in the case or they're not. And if they're not, we should have an agreement that there isn't gonna be some backdoor sympathy play at the trial.

0:31:47.440 --> 0:32:7.550
Judge Robert W Lehrburger
Well, I want to make sure I understand the question is to the extent that the plaintiff is claiming damages due to emotional or psychological harm, then you want the ability to have an examination of her for that purpose. But if she is not claiming that, at least not beyond garden variety, then.

0:32:8.990 --> 0:32:12.0
Judge Robert W Lehrburger
You do not need examinations that correct.

0:32:12.590 --> 0:32:20.550
Mitch Karlan (Guest)
I I don't need an examination if we have an agreement or an order that the witness.

0:32:22.90 --> 0:32:33.280
Mitch Karlan (Guest)
Is not that the that the plaintiff, excuse me, is not going to testify at the trial. How? How sad she is and and how devastating this all has been for her.

0:32:38.180 --> 0:33:3.310
Judge Robert W Lehrburger
Well, there's a difference between sadness and psychological harm. So I I don't know that you can take this as far as you just suggested, but let me ask the the planet are you is your client going to be an issue claiming damages resulting from psychological harm and emotional distress?

0:33:4.700 --> 0:33:13.520
Matthew L. Schwartz
So let let me let me say two things about that, something legal and something practical. It's just that on the legal point.

0:33:15.350 --> 0:33:37.650
Matthew L. Schwartz
Mr. Cohen is asking for an examination under Rule 35, where alternative relief rule 35A2 prescribes a very specific way that they have to tee up that application. It's gotta be on good cause. It's gotta contain notice of the time, place and manner of the examination. Who's gonna do it? And so plainly there's not been compliance with.

0:33:39.190 --> 0:33:41.590
Matthew L. Schwartz
With the letter or the spirit of Rule 35, that's.

0:33:44.430 --> 0:33:44.720
Matthew L. Schwartz
Right.

0:33:40.670 --> 0:33:47.170
Judge Robert W Lehrburger
Well, I don't. I don't think. I think they're trying just to address the issue before determining if they have to go down that road so.

0:33:47.130 --> 0:34:17.720
Matthew L. Schwartz
Right. And then but that's because everyone that's the practical point, everyone knows the answer to the question of whether we are seeking emotional distress damages. The complaint is clear or disclosures have been clear about the categories of damages that we are seeking. And so the record is clear. No one thinks intentional distress damages are available for breach of fiduciary duty. What Mr Carlin is asking for now, though, goes substantially beyond the question of categories of damages to proof at trial.

0:34:18.720 --> 0:34:24.880
Matthew L. Schwartz
And and he is asking the court to now limit or for the plaintiffs to know, agree to.

0:34:34.920 --> 0:34:35.250
Judge Robert W Lehrburger
Sure.

0:34:26.470 --> 0:34:35.640
Matthew L. Schwartz
What evidence will come in at trial that, to my eyes, is the proper subject of of motion and lemonade for Judge Schofield?

0:34:37.80 --> 0:34:37.340
Matthew L. Schwartz
Yeah.

0:34:36.120 --> 0:34:42.840
Judge Robert W Lehrburger
No, sure so so but I but just I thought I heard you say intentional distress rather than emotional distress.

0:34:43.320 --> 0:34:53.590
Judge Robert W Lehrburger
Umm it for my clarification just remind me is your clients seeking damages for emotional distress or psychological harm?

0:34:54.40 --> 0:34:54.350
Matthew L. Schwartz
No.

0:34:55.870 --> 0:35:19.580
Judge Robert W Lehrburger
OK, alright. So with that, I will leave you all to figure out for the defendant to figure out whether they want to move or a rule 35 and follow the appropriate procedure that you know based on that answer. I'm not sure whether it would be forthcoming or not. And I agree that issues about sadness and otherwise will be dealt with.

0:35:20.100 --> 0:35:23.310
Judge Robert W Lehrburger
Uh, at pretrial and lemonade. It's Carla.

0:35:24.270 --> 0:35:42.80
Mitch Karlan (Guest)
The judge, based on Mr Schwartz, is unequivocal representations just now. We see no basis for a Rule 35 exam. May I inquire, judge whether it will be you or the District Court that will be handling motions and lemonade?

0:35:44.200 --> 0:35:45.30
Mitch Karlan (Guest)
OK. Thanks.

0:35:42.530 --> 0:35:49.630
Judge Robert W Lehrburger
That would be the District Judge unless, unless unless referred to me. But it in connection with trial, that would be the District Judge.

0:35:50.50 --> 0:35:50.660
Mitch Karlan (Guest)
Thank you, Joe.

0:35:54.180 --> 0:36:8.130
Judge Robert W Lehrburger

Right. And then the last item were request 1/2 and five and I guess there's a question of when documents will be produced. So do I have that right, Mr Carla?

0:36:8.670 --> 0:36:11.0
Mitch Karlan (Guest)
Yes, your honor. Thank you. OK.

0:36:9.890 --> 0:36:14.750
Judge Robert W Lehrburger
OK. Anything that defense can? I'm sorry. Plaintiff can tell us in that regard.

0:36:15.370 --> 0:36:45.280
Matthew L. Schwartz
Sure. So that this is another category. Just so your Honor has the chronology we we only submitted our responses and objections timely on January 27th and this was part of our meeting confirmed last week. These three categories call for documents about the the first two call for documents about my clients ex-husband and her divorce more than a decade ago. It is you know.

0:36:45.340 --> 0:36:49.470
Matthew L. Schwartz
Totally unclear to us what the possible relevance of that is, but putting that aside.

0:36:50.90 --> 0:36:54.320
Matthew L. Schwartz
Umm. And at the last category is for.

0:36:56.70 --> 0:37:2.780
Matthew L. Schwartz
The hard copies that physical copies of these poster boards that.

0:37:4.60 --> 0:37:19.450
Matthew L. Schwartz
Uh, then Mr Entreaties took pictures of from the apartment. Uh, are you know, Mr Carlin said before that all discovery is electronic to the extent all discovery is electronic there, there are. There are no responsive documents that we've been able to locate.

0:37:20.660 --> 0:37:23.460
Matthew L. Schwartz
And the only reason we have not said that definitively.

0:37:25.130 --> 0:37:43.810
Matthew L. Schwartz
He is, as Mr Carlin knows, there is there is the question of a physical inspection of the apartment which we're endeavoring to do, but sub subject to that there are no responsive documents and once once we get to the apartment, we will, if Mr Carlin wants, amend our objections or tell them definitively.

0:37:44.380 --> 0:37:50.830
Judge Robert W Lehrburger
Yeah, I I I I heard the if it's only electronic, so do those boards still exist?

0:37:51.420 --> 0:37:58.980
Matthew L. Schwartz
Our understanding is not, but Mr Carlin has asked us to please go to the apartment and triple check. So we will do that.

0:38:2.670 --> 0:38:2.880
Mitch Karlan (Guest)
Right.

0:38:0.930 --> 0:38:9.220
Judge Robert W Lehrburger
Alright. And again, Mr Carlin issue you were raising seemed to be timing, but what do you wanna say?

0:38:11.530 --> 0:38:12.900
Mitch Karlan (Guest)
Was that question to me, judge?

0:38:13.90 --> 0:38:13.390
Judge Robert W Lehrburger
Yeah.

0:38:13.820 --> 0:38:17.160
Mitch Karlan (Guest)
Yeah. So Mr Schwartz is helpfully.

0:38:18.280 --> 0:38:26.170
Mitch Karlan (Guest)
Broken these this this issue into two pieces that the the divorce piece and the and the poster piece. If I could just speak to them separately.

0:38:29.350 --> 0:38:56.500
Mitch Karlan (Guest)
Judge, as you may or may not recall from the complaint, a A rather dramatic melodramatic maybe allegation in the complaint is that the existence of these trusts, the family trust, and the fact that the plaintiff had a contingent beneficial interest in the trust, was not revealed to her by her mother or the defendant.

0:38:57.200 --> 0:39:2.850
Mitch Karlan (Guest)
Until after the mother's death in 2000, I believed 19, I believe.

0:39:4.280 --> 0:39:27.580
Mitch Karlan (Guest)
In fact, documentary Discovery has established unequivocally that the plaintiff was aware of the existence of the trusts and her contingent beneficial interest in the trust, in no later than 2006. The reason we know that is that the plaintiff was going through a rather.

0:39:28.660 --> 0:39:36.250
Mitch Karlan (Guest)
Unpleasant divorce, as they all are, I guess in in 2006 and her then husband.

0:39:37.590 --> 0:39:53.180
Mitch Karlan (Guest)
Through his lawyers wanted Discovery about the, you know, where's the money and how much is it?
Right. And so there's car. There's contemporaneous cars, confidence about that with lawyers at the
plaintiff step position.

0:39:55.140 --> 0:39:57.990
Mitch Karlan (Guest)
She was asked by me.

0:39:59.690 --> 0:40:4.620
Mitch Karlan (Guest)
To look at these correspondence and did this refresh your recollection that she knew all about it and she
said no?

0:40:6.0 --> 0:40:34.610
Mitch Karlan (Guest)
So we're trying to pursue that and uh, the plaintiff has. I've asked the plaintiff directly whether they will
withdraw that allegation from the complaint. They've told me they won't. I don't know why. But
anyway, it's something that's gonna get tried, I guess. And so we have asked for documents between the
plaintiff and her divorce lawyer or the file of the divorce to further confirm that this was known.

0:40:34.750 --> 0:40:38.140
Mitch Karlan (Guest)
To the plaintiff into in 2006 and the.

0:40:39.600 --> 0:40:59.150
Mitch Karlan (Guest)
The plaintiff has not said they won't produce it, they just, they said they will produce it when they find it
and they won't tell us when. So again, if the end of February is fine with me, if that's if that's acceptable.
I just need a date by which we know we're gonna get this or not with respect to the post. It's.

0:41:1.560 --> 0:41:18.80
Mitch Karlan (Guest)
The risk of going into more detail than Your Honor wants the the Post-its were in the apartment at in in
2020. In December of 2020, the plaintiff and Mr Boyer vacated the apartment we guessed for the
apparently for the last time.

0:41:19.780 --> 0:41:22.480
Mitch Karlan (Guest)
And they decamped for other countries.

0:41:25.380 --> 0:41:33.440
Mitch Karlan (Guest)

During Interrogatory and document Discovery early in the case, we asked whether there were electronic or paper files.

0:41:34.60 --> 0:41:47.110
Mitch Karlan (Guest)
Uh at the apartment in Manhattan that were responsive or relevant to this case, and the answer came back. No, that may have been that answer may have been premature because it appears that no.

0:41:48.190 --> 0:41:55.260
Mitch Karlan (Guest)
Actual effort to determine the answer to the question was made. That isn't it appears nobody actually went to the apartment to look.

0:41:56.870 --> 0:42:24.840
Mitch Karlan (Guest)
If the post it's exist, then obviously they should be produced. I don't see any objection to that from the defendant, far from the plane. If they don't exist, I believe we're entitled to some representation of the circumstances under which they were lost or destroyed, and none has been forthcoming. It's not respectfully sufficient to say they used to be in the apartment and now they're not. And whoops, we we we're entitled to a little, a little more than that.

0:42:25.500 --> 0:42:51.830
Judge Robert W Lehrburger
Well, OK, but that again, we're premature there. That's an if and certainly you need to the answer first whether they do or do not exist in confirmation on that. And then if you seek discovery on how that came about and you'll ask for that and see if the plane is agrees or not or whether you have an issue, you need to bring to me. But in terms of timing?

0:42:53.430 --> 0:42:58.760
Judge Robert W Lehrburger
Mr Schwartz, I think Mr Carlin said he was just looking for assurance that.

0:43:0.80 --> 0:43:19.80
Judge Robert W Lehrburger
He gave me answer and the any such material found in the apartment is produced by the Ohh and I'm sorry. And from regarding the the communications with the ex-husband and attorneys from back then concerning the trust whether that could all be done by the end of February.

0:43:20.30 --> 0:43:20.440
Matthew L. Schwartz
Yes.

0:43:22.600 --> 0:43:22.900
Judge Robert W Lehrburger
Great.

0:43:24.820 --> 0:43:26.10
Judge Robert W Lehrburger
So I think.

0:43:27.520 --> 0:43:32.190
Judge Robert W Lehrburger
We have run the list of Mr Carlin. Was there anything else?

0:43:33.10 --> 0:43:40.910
Mitch Karlan (Guest)
With judge, let me raise something on which I think Council can agree that's so rare, but let that we should celebrate it.

0:43:42.360 --> 0:43:54.20
Mitch Karlan (Guest)
I believe technically the last day for discovery in this case is now in the middle of February, maybe towards the end of February. Something like that, and I think it's agreed that.

0:43:55.300 --> 0:44:6.740
Mitch Karlan (Guest)
At least one deposition deposition that is of of Mr Hemo is agreed to be taken in in March, with your Honor's permission on that.

0:44:9.190 --> 0:44:12.380
Judge Robert W Lehrburger
Is. Is that correct? Let me just check with the uh planner.

0:44:13.80 --> 0:44:14.770
David Boies
Yeah. Yeah, yeah, yeah, yes.

0:44:12.870 --> 0:44:18.240
Matthew L. Schwartz
That that's correct. And the the and there are other depositions.

0:44:19.480 --> 0:44:26.310
Matthew L. Schwartz
For which we are awaiting dates, including the continued deposition of the defendant, she.

0:44:26.960 --> 0:44:27.470
Mitch Karlan (Guest)
Right.

0:44:27.60 --> 0:44:36.490
Matthew L. Schwartz
She wasn't able to sit for the full 7 hours on one day, which was fine, but by agreement will continue that at a date that we still have to nail down.

0:44:37.40 --> 0:44:37.450
Mitch Karlan (Guest)
True.

0:44:36.980 --> 0:44:41.380
Judge Robert W Lehrburger
Well to you, is anyone asking for a general extension of the deadline?

0:44:43.660 --> 0:44:44.420
Mitch Karlan (Guest)
We are, we are.

0:44:43.400 --> 0:44:48.870
David Boies
But I I think I think I think there will be is the is at the end of February now.

0:44:49.880 --> 0:44:50.400
Skinner, Peter M.
It's Umm.

0:44:49.580 --> 0:44:51.680
Mitch Karlan (Guest)
23rd is 23rd.

0:44:51.210 --> 0:44:51.750
David Boies
23rd.

0:44:51.120 --> 0:44:52.50
Skinner, Peter M.
25th I think.

0:44:52.450 --> 0:44:53.340
Mitch Karlan (Guest)
My first OK.

0:44:53.640 --> 0:44:56.170
David Boies
And I I think that it's likely that.

0:44:57.730 --> 0:45:6.160
David Boies
We we just had a a request, an objection from Morgan Stanley. I think from there I I think realistically there are gonna be.

0:45:7.280 --> 0:45:12.580
David Boies
Issues with respect to discovery that we will have noticed before the date but.

0:45:13.700 --> 0:45:15.280
David Boies
Probably is not going to get completed.

0:45:17.0 --> 0:45:21.910
David Boies
Not not only the Mr Haemo and the defendant, but.

0:45:29.970 --> 0:45:30.440
Judge Robert W Lehrburger
Holiday.

0:45:25.80 --> 0:45:33.20
David Boies
There will be banks and and and I'm and and maybe we will get finished with Mr Boyer or not, but I I I I think that.

0:45:35.900 --> 0:45:37.470
David Boies
It it's likely that it's gonna.

0:45:39.190 --> 0:45:40.440
David Boies
Bleed over into March.

0:45:41.760 --> 0:45:43.660
Judge Robert W Lehrburger
All right, Mr Carlin, you video.

0:45:44.250 --> 0:45:59.10
Mitch Karlan (Guest)
Just that I've no objection to us having until the end of March to complete noticed discovery. I would ask that no new discovery be noticed after today when that, you know, soon.

0:46:2.580 --> 0:46:3.740
Judge Robert W Lehrburger
What's the plans for you on that?

0:46:4.820 --> 0:46:9.530
David Boies
I I think that that's a reasonable request. I mean, I think we ought to.

0:46:11.880 --> 0:46:17.70
David Boies
And have maybe to the end of this week to notice whatever remaining depositions.

0:46:18.390 --> 0:46:20.200
David Boies
And and then it ought to be.

0:46:20.280 --> 0:46:20.620
David Boies
Yeah.

0:46:21.860 --> 0:46:22.690
David Boies
No more.

0:46:23.470 --> 0:46:25.980
David Boies
Known as as, except for good cause show or something.

0:46:26.820 --> 0:46:27.710
Mitch Karlan (Guest)
That's fine, judge.

0:46:28.210 --> 0:46:28.560
Judge Robert W Lehrburger
All right.

0:46:29.470 --> 0:46:31.960
Judge Robert W Lehrburger
Great, I will issue something to that effect.

0:46:33.40 --> 0:46:36.400
Judge Robert W Lehrburger
Alright, so I think that's it. Anything else from the plaintiff side?

0:46:37.950 --> 0:46:38.600
David Boies
No, your honor.

0:46:40.130 --> 0:46:40.810
Judge Robert W Lehrburger
Mr Cronin.

0:46:41.320 --> 0:46:47.10
Mitch Karlan (Guest)
Judge, this is an awkward remark. Does your Honor have any?

0:46:47.90 --> 0:47:1.510
Mitch Karlan (Guest)
A ability to expedite the wrong word, but to to get us a ruling on the long-suffering long pending motion to dismiss one of the issues that we briefed.

0:47:2.150 --> 0:47:7.420
Mitch Karlan (Guest)
Umm. Was subject matter jurisdiction, which seems a little anyway.

0:47:8.800 --> 0:47:13.760
Mitch Karlan (Guest)
It would be. It would be great to know if the court has subject matter jurisdiction of this case soon.

0:47:13.610 --> 0:47:15.580
Judge Robert W Lehrburger
When, when? When was the motion failed?

0:47:17.140 --> 0:47:17.630
Mitch Karlan (Guest)
Michael.

0:47:19.330 --> 0:47:19.800
Judge Robert W Lehrburger
Roughly.

0:47:18.870 --> 0:47:23.530
Michael Rosensaft (Defendant)
I I believe I'll have to look back. I believe it was fully briefed that by the end of September.

0:47:24.440 --> 0:47:26.270
Skinner, Peter M.
It was, it was fully briefed in mid-october.

0:47:26.660 --> 0:47:27.210
Michael Rosensaft (Defendant)
Mid-october.

0:47:27.720 --> 0:47:28.390
Mitch Karlan (Guest)
Thank you, Peter.

0:47:28.810 --> 0:47:29.130
Judge Robert W Lehrburger
OK.

0:47:31.710 --> 0:47:33.0
Matthew L. Schwartz
And the answer is yes.

0:47:32.200 --> 0:47:37.180
Judge Robert W Lehrburger
I I can inquire, but I can't at all promise that.

0:47:37.840 --> 0:47:50.440
Judge Robert W Lehrburger
Anything will will come from it and that it won't otherwise proceed in the normal course of where it's being dealt with. I understand that is certainly a question that everyone would like to know sooner rather.

0:47:51.650 --> 0:47:56.670
Judge Robert W Lehrburger
Then later, including the court and perhaps I can just.

0:47:58.160 --> 0:48:4.50
Judge Robert W Lehrburger
Raise a flag that that is an issue that is still yet to be determined alright.

0:48:9.530 --> 0:48:9.730
David Boies
Yeah.

0:48:5.760 --> 0:48:9.790
Mitch Karlan (Guest)
Thank you, judge, and thank you for hearing us on so many issues on such short notice.

0:48:10.300 --> 0:48:12.930
Judge Robert W Lehrburger
Not a problem. Alright, everyone, be well. We're adjourned.

0:48:13.80 --> 0:48:13.440
Cummings, Charles B.
Thank you.

0:48:13.50 --> 0:48:13.680
David Boies
Thank you, Anna.

0:48:14.130 --> 0:48:14.540
Michael Rosensaft (Defendant)
Thank you.

0:48:14.430 --> 0:48:14.860
David Boies
Take care.

2:49:55.270 --> 2:49:56.60
Judge Robert W Lehrburger
I'll call you back.

2:49:57.220 --> 2:49:57.670
Judge Robert W Lehrburger
Alright, bye.