

March 24, 2023

**By ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1960
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2023
```

Re:   *Ilaria Bulgari v. Veronica Bulgari*, 22 Civ. 5072 (LGS)

Dear Judge Lehrburger:

We represent Plaintiff Ilaria Bulgari and non-party Jan Boyer. We inadvertently omitted redactions in our response (ECF No. 155) to Defendant's pre-motion letter regarding three discovery disputes (ECF No. 154) and accompanying exhibits. Pursuant to Electronic Case Filing Rule 21.7, we notified the help desk and the filing has been temporarily sealed. We now respectfully request that the Court formally seal the filing. We will then electronically file a redacted version of the filing.

Thank you for your consideration.

                                                          Respectfully Submitted,
                                                          */s/ David Boies*
                                                          David Boies
                                                          BOIES SCHILLER FLEXNER LLP
                                                          333 Main Street
                                                          Armonk, NY 10504
                                                          Tel.: (914) 749-8200
                                                          Email: dboies@bsfllp.com

                                                          Matthew L. Schwartz
                                                          David L. Simons
                                                          BOIES SCHILLER FLEXNER LLP
                                                          55 Hudson Yards
                                                          New York, New York 10001
                                                          Tel.: (212) 446-2300
                                                          Email: mlschwartz@bsfllp.com

cc: Counsel of record by ECF

                                                          */s/ Peter Skinner*
                                                          Peter Skinner
                                                          MORRISON & FOERSTER LLP
                                                          250 West 55th Street
                                                          New York, NY 10019
                                                          Tel.: (212) 468-8000
                                                          Email: pskinner@mofo.com

                                                          *Counsel for Plaintiff Ilaria Bulgari*

SO ORDERED:

3/24/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE