UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ILARIA BULGARI,                                             :
                                    Plaintiff,              :
                                                            :      22 Civ. 5072 (LGS)
              -against-                                     :
                                                            :      ORDER
VERONICA BULGARI,                                           :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that, in light of recent extensions to the fact discovery deadline, the pre-motion conference will be held on **May 24, 2023, at 4:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333.  Any party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference and in the form provided in the Court's Individual Rule III.A.1.  If no pre-motion letter is timely filed, the conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: April 11, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE