USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

                Plaintiff,

     - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

                Defendant.
------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order addresses Plaintiff's motion, at Dkt. 181, to compel Neuberger Berman ("Neuberger") to comply with the deposition served on February 8, 2023.  The Court has reviewed the Neuberger Declaration submitted by Plaintiff at the Court's request.  According to Plaintiff, "the primary purpose [of the deposition] is to get a Neuberger witness to confirm via oral testimony the information contained in the declaration and accompanying exhibits."  (Dkt. 181 at 2.)  That purpose can be most efficiently satisfied if Defendant stipulates to the truth of what is stated in the Neuberger declaration, the authenticity of the exhibits, and that they are business records within the meaning of the business record exception of the hearsay rule.  If Defendant is willing to do so, then there should be no need for a deposition.

       Accordingly, the parties shall meet and confer, and **by April 26, 2023** shall file a letter informing the Court whether (1) the issue has been resolved pursuant to the foregoing, or (2) if not, why not.  To the extent Plaintiff seeks to ask any questions beyond

1

the scope of what would be established by the foregoing stipulation, Plaintiff shall identify with specificity the nature of the questions sought to be posed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 21, 2023
      New York, New York