

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2023

April 21, 2023

**By ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1960
New York, NY 10007

     Re:    *Ilaria Bulgari v. Veronica Bulgari*, 22 Civ. 5072 (LGS)

Dear Judge Lehrburger:

Plaintiff files this letter motion seeking leave to file the Neuberger declaration and exhibits thereto under seal. *See* Dkt. 184. These documents reference confidential and/or sensitive financial information.

Respectfully Submitted,

/s/ *David Boies*
David Boies
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
E-mail: dboies@bsfllp.com

Matthew L. Schwartz
David L. Simons
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 303-3646
E-mail: mlschwartz@bsfllp.com
        dsimons@bsfllp.com



Peter M. Skinner
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: pskinner@mofo.com

*Counsel for Plaintiff Ilaria Bulgari*

cc: Counsel of record by ECF
    Counsel for Neuberger Berman by email

SO ORDERED:

4/21/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE