

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

Thomas J. McGowan, Esq.
Phone: (516) 747-0300
E-mail: tmcgowan@meltzerlippe.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2023
```

April 25, 2023

**VIA ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1960
New York, New York 10007

    Re:   *Ilaria Bulgari v. Veronica Bulgari*, No. 22 Civ. 5072 (LGS)

Dear Judge Lehrburger:

    Plaintiff files this letter motion seeking leave to file under seal her letter requesting a pre-motion conference in connection with her anticipated motion to compel Barclays Capital Inc. to have a corporate representative sit for a deposition. The redacted portions reference confidential and/or sensitive financial information.

                                              Respectfully submitted,

                                              /s/ *Thomas J. McGowan*
                                              Thomas J. McGowan

cc:   Counsel of record via ECF

                                                          Granted.

                                                          SO ORDERED:
                                                          4/26/2023

                                                          HON. ROBERT W. LEHRBURGER
                                                          UNITED STATES MAGISTRATE JUDGE