

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2023

April 27, 2023

**By ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1960
New York, NY 10007

Re: *Ilaria Bulgari v. Veronica Bulgari*, 22 Civ. 5072 (LGS)

Dear Judge Lehrburger:

Plaintiff files this letter motion seeking leave to file under seal her application to compel Gary Gartner to answer questions asked at his deposition. The redacted portions contain material designated as confidential.

Respectfully Submitted,

*/s/ David Boies*

David Boies
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
E-mail: dboies@bsfllp.com

Matthew L. Schwartz
David L. Simons
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 303-3646
E-mail: mlschwartz@bsfllp.com
dsimons@bsfllp.com



/s/ *Peter M. Skinner*
Peter M. Skinner
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: pskinner@mofo.com

*Counsel for Plaintiff Ilaria Bulgari*

cc: Counsel of record by ECF

Granted.

SO ORDERED:
5/3/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE