

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2023
```

April 27, 2023

**By ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1960
New York, NY  10007

      Re:    *Ilaria Bulgari v. Veronica Bulgari*, 22 Civ. 5072 (LGS)

Dear Judge Lehrburger:

      Plaintiff files this letter motion seeking leave to file under seal her application to compel Stephan Haimo to sit for a further deposition.  The redacted portions contain material designated as confidential.

                                       Respectfully Submitted,

                                       /s/ *David Boies*
                                       David Boies
                                       BOIES SCHILLER FLEXNER LLP
                                       333 Main Street
                                       Armonk, New York 10504
                                       Telephone: (914) 749-8200
                                       E-mail: dboies@bsfllp.com

                                       Matthew L. Schwartz
                                       David L. Simons
                                       BOIES SCHILLER FLEXNER LLP
                                       55 Hudson Yards
                                       New York, New York 10001
                                       Telephone: (212) 303-3646
                                       E-mail: mlschwartz@bsfllp.com
                                                    dsimons@bsfllp.com



/s/ *Peter M. Skinner*
Peter M. Skinner
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212-468-8000
Fax: 212-468-7900
Email: pskinner@mofo.com

*Counsel for Plaintiff Ilaria Bulgari*

cc: Counsel of record by ECF

Granted.

SO ORDERED:

5/3/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

2