UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    ILARIA BULGARI,
                              Plaintiff,

               -against-

    VERONICA BULGARI,
                             Defendant.
------------------------------------------------------------X

22 Civ. 5072 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that, in light of the extension to the fact discovery deadline at Dkt. No. 227, the pre-motion conference will be held on **June 21, 2023, at 4:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333. Any party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference and in the form provided in the Court's Individual Rule III.A.1. If no pre-motion letter is timely filed, the conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: May 5, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE