Case 1:22-cv-05072-LGS-RWL   Document 233   Filed 05/08/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

                      Plaintiff,

        - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

                      Defendant.
------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves the issue raised at Dkt. 224 regarding Defendant's request for an order compelling Plaintiff to produce, for purposes of assessing Plaintiff's alleged damages, unredacted versions of (1) invoices and timesheets pertaining to legal and investigative work performed, (2) the investigative report prepared by Kroll, and (3) counsel's communications with Kroll.  The Court does not agree with Defendant that Plaintiff has waived work product protection over such materials by claiming as damages the money spent on the investigation.  Plaintiff does not have to produce the Kroll report or counsel's communications with Kroll.  Plaintiff must, however, produce invoices and timesheets that reveal not only the time expended and by whom, but also the tasks for which that time was expended.  The invoices and timesheets should be treated analogously to time records and invoices submitted in applications for attorneys' fees and costs.  Redactions may only be made for content that truly reflects attorney thoughts or the content of protected attorney-client communications.  Such redactions should be

1

limited. Further, so that Plaintiff need not err on the side of redaction, the Court orders that production of unredacted material in the time sheets and invoices will not waive Plaintiff's right to claim privilege or other protection.

The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 224.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 8, 2023
 New York, New York