USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

                Plaintiff,

     - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

                Defendant.
------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has received and conducted an initial review of the Boyer-Ilaria emails submitted in camera. Before the Court makes any ruling on whether the emails are protected or not, the Court has the following questions:

      1.     Who is "Dumont," and what is his relationship vis-a-vis Ilaria? Does Plaintiff claim that communications with Dumont are privileged? If so, explain.

      2.     What is "Glenmede," and what is its relationship to Ilaria? Does Plaintiff claim that communications with persons from Glenmede are privileged? If so, explain.

      3.     Who is "J. Leo" of Leo Law Offices, and what is his relationship to Ilaria? Does Plaintiff claim that communications with Leo are privileged? If so, explain.

      4.     Who is Suzanne Uhland, and what is her relationship to Ilaria? Does Plaintiff claim that communications with Uhland are privileged? If so, explain.

5. Who is Robert Sheehan, and what is his relationship to Ilaria? Does Plaintiff claim that communications with Sheehan, or anyone else at Curtis, Mallet-Prevost, Colt & Mosle LLP, are privileged? If so, explain.

6. Who is Daniel S. Rubin, and what is his relationship to Ilaria? Does Plaintiff claim that communications with Rubin, or anyone else at Moses & Singer LLP, are privileged? If so, explain.

7. With respect to the screenshot captured in RR-214, whose handwriting is shown?

8. Some of the emails appear to reflect draft questions/musings potentially to be shared with Gary Friedman but are not actual communications with Friedman and do not appear to reflect advice provided by Friedman. On what basis would Ilaria's (or Boyer's) drafts of questions/musings potentially to be shared with Gary Friedman be protected as privileged if they are not actual communications to or from Gary Friedman? Put differently, is a client's writing about matters she is considering addressing with her lawyer protected from production? Why or why not?

Plaintiff shall file a letter answering these questions by May 23, 2023. Defendant may file a responding letter by May 26, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 19, 2023
  New York, New York