USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

                     Plaintiff,

       - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

                     Defendant.
------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 15, 2023, Defendant filed an Answer and Counterclaims under seal, and, for the public docket, filed a copy with extensive redactions of material designated by Plaintiff as confidential under the protective order for confidential information governing this case. (Dkts. 269-70.) Under this Court's rules (see Individual Rule III(G) and Appendix thereto), the party claiming confidentiality of sealed material must file a letter eight business days following filing to justify maintaining the redacted information under seal. Plaintiff has not made any such filing in the proscribed time. Much, if not all, of the redacted information does not appear to meet the standards for sealing required in the Second Circuit. Accordingly, if Plaintiff wishes to maintain under seal any of the redacted information from the Answer and Counterclaim, Plaintiff shall file a letter supporting the request by July 10, 2023. Failure to timely file such a request alone will result in unsealing of the Answer and Counterclaim.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2023
   New York, New York