```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   ILARIA BULGARI,                                          :
                                  Plaintiff,                :
                                                            :      22 Civ. 5072 (LGS)
                  -against-                                 :
                                                            :            ORDER
   VERONICA BULGARI,                                        :
                                  Defendant.                :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference is scheduled in this action for July 26, 2023, at 4:00 P.M.  It is hereby

**ORDERED** that the conference scheduled for July 26, 2023, at 4:00 P.M., is adjourned to **July 27, 2023, at 4:20 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: July 21, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**