UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                          :
ILARIA BULGARI,                            :
                           Plaintiff,   :
                                              :         22 Civ. 5072 (LGS)
           -against-                :
                                              :            <u>ORDER</u>
VERONICA BULGARI,                :
                         Defendant.  :
                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion conference was held on July 27, 2023. For the reasons discussed at the conference, it is hereby

       **ORDERED** that the parties shall proceed with settlement discussions. As soon as possible and in no event later than **August 1, 2023**, the parties shall file a joint letter on how they wish to conduct settlement discussions. By **August 31, 2023**, the parties shall file a joint letter apprising the Court of the status of their discussions. It is further

       **ORDERED** that if no agreement is reached, the parties shall include in their August 31, 2023, letter a jointly proposed briefing schedule for their anticipated cross-motions for summary judgment. The proposed briefing schedule shall conform to the following: Defendant files first her motion for summary judgment; Plaintiff files second her opposition and cross-motion for summary judgment; Defendant files third her reply and opposition to Plaintiff's cross-motion for summary judgment and Plaintiff files fourth her reply in support of her cross-motion. Neither party shall exceed fifty (50) pages of briefing in total but may allocate the page numbers as they deem appropriate. The cross-motions should be fully briefed within sixty (60) days of Defendant's motion being filed.

Dated: July 28, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE