USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

      Plaintiff,

  - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

      Defendant.
------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  This order resolves Defendant's letter request at Dkt. 340-41 to seal certain materials filed in connection with her motion for summary judgment. The Court has considered the request and Plaintiff's response (see Dkt. 342) and has reviewed all of the proposed redactions. The Court generally agrees with Plaintiff's contentions as to material that may be appropriately sealed pursuant to Second Circuit standards as set forth in *Lugosch v. Pyramid Co. of Onondaga*, 453 F.3d 110 (2d Cir. 2006) and its progeny. Accordingly, the permitted redactions for information to be sealed shall be limited to those upon which the parties have agreed, including but not limited to personal email addresses and phone numbers, medical records, and other information, if any, required to be redacted pursuant to the Federal Rules of Civil Procedure or Local ECF rules, subject to the following. (1) With respect to financial account statements, the only information that may be sealed are all digits or letters in account numbers other than the last three digits or letters of account numbers, which shall remain unredacted; the

1

financial information iand account values shall not be redacted.  (2) Personal addresses may not be redacted in full; rather, only the street number and apartment number may be redacted.  (3) Personal or direct email addresses and telephone numbers may be redacted in their entirety.

                                                   SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 17, 2023
       New York, New York