

November 22, 2023

**BY ECF**

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1960
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2023
```

Re:   *Ilaria Bulgari v. Veronica Bulgari*, No. 22 Civ. 5072 (LGS) (RWL)

Dear Judge Lehrburger:

We write on behalf of Plaintiff Ilaria Bulgari pursuant to Appendix Rule B(1) to Your Honor's Individual Practices in Civil Cases to respectfully seek leave to provisionally file under seal her opposition to Defendant Veronica Bulgari's motion for summary judgment and accompanying declarations and exhibits. The redacted portions contain material designated as confidential.

Thank you for your consideration of this request.

Respectfully Submitted,

/s/ David Boies
David Boies
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
Email: dboies@bsfllp.com

Matthew L. Schwartz
David L. Simons
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Tel.: (212) 446-2300
Email: mlschwartz@bsfllp.com

Denied without prejudice to a proper application pursuant to my rules for filing materials under seal.

SO ORDERED:
11/27/2023
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE





 /s/ Peter M. Skinner
Peter M. Skinner
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
Tel.: (212) 468-8000
Email: pskinner@mofo.com

*Counsel for Plaintiff Ilaria Bulgari*