

July 20, 2023

**BY ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Ilaria Bulgari v. Veronica Bulgari*, No. 22 Civ. 5072 (LGS) (RWL)

Dear Judge Schofield:

We write on behalf of Plaintiff Ilaria Bulgari pursuant to Your Honor's Individual Rule I.D.3 to respectfully seek leave to file under seal her letter responding to Defendant Veronica Bulgari's pre-motion letter in connection with the conference scheduled for July 26, 2023 [ECF No. 289]. The redacted portions of Plaintiff's letter contain material designated confidential by the Defendant and/or third parties during discovery. Plaintiff believes it would be appropriate to file her pre-motion letter without redaction but seeks leave to file the unredacted letter under seal in the first instance to give the designating parties an opportunity to seek permanent sealing.

Thank you for your consideration of this request.

Respectfully Submitted,

 /s/ David Boies
David Boies
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
Email: dboies@bsfllp.com

Matthew L. Schwartz
David L. Simons
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Tel.: (212) 446-2300
Email: mlschwartz@bsfllp.com

Application DENIED without prejudice to renewal. The parties' confidentiality designations are not dispositive to the question of whether sealing is appropriate. By **March 12, 2024**, any party that wishes to maintain Dkt. 298 under seal may file a letter motion, not to exceed two pages, providing a basis for sealing that is sufficient under Second Circuit caselaw.

The Clerk of Court is respectfully directed to maintain Dkt. 298 under seal pending a potential renewal of the motion to seal, and to close the motion at Dkt. 296.

Dated: March 5, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE



           /s/ Peter M. Skinner
Peter M. Skinner
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
Tel.: (212) 468-8000
Email: pskinner@mofo.com

*Counsel for Plaintiff Ilaria Bulgari*

CC:     Defense counsel