UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ILARIA BULGARI,
                              Plaintiff,

               -against-

VERONICA BULGARI,
                              Defendant.
------------------------------------------------------------X

22 Civ. 5072 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the March 5, 2024, Orders denied without prejudice to renewal the motions to seal at Dkts. 286 and 296. The Orders permitted any party wishing to maintain the items under seal to file a letter motion by March 12, 2024;

WHEREAS, no letter motions were filed. It is hereby

**ORDERED** that the motions to seal are denied.

The Clerk of Court is respectfully directed to unseal the items at Dkts. 288 and 298.

Dated: March 13, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**