USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

              Plaintiff,

    - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

              Defendant.
------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the end of oral argument held on July 11, 2024, Defendant shall file a letter of no more than three pages, by July 15, 2024, addressing the additional legal authorities concerning whether attorney's/accountant/investigation fees may be recovered as damages by the beneficiary claiming breach of fiduciary duty by the trustee. Plaintiff shall file a responding letter of no more than three pages by July 19, 2024.

                                 SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE

Dated: July 11, 2024
       New York, New York