```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,                                             :
                                                            :   22-CV-05072 (LGS) (RWL)
                              Plaintiff,                    :
                                                            :
            - against -                                     :   ORDER
                                                            :
VERONICA BULGARI, in her capacity as                        :
Trustee of the Anna Bulgari Family Trust #1                 :
And Trustee of the Anna Bulgari Family                      :
Trust #2,                                                   :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed Defendant's letter at Dkt. 429 asking that the Court address questions about discovery of Kroll and Boies Schiller that were tabled until after summary judgment, which has now been resolved. The parties' joint letter dated October 27, 2023 (Dkt. 333) stated that the parties had "narrowed down remaining issues" about the scope and extent of that discovery but that some issues remained. Accordingly, by November 7, 2024, the parties shall file a joint letter of no more than 5 pages identifying the specific issues that remain and the parties' positions with respect to the extent and scope of discovery sought by Defendant.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2024
       New York, New York