USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ILARIA BULGARI,                                    :
                                                   :        22-CV-05072 (LGS) (RWL)
                          Plaintiff,               :
                                                   :
           - against -                             :             **ORDER**
                                                   :
VERONICA BULGARI, in her capacity as               :
Trustee of the Anna Bulgari Family Trust #1        :
And Trustee of the Anna Bulgari Family             :
Trust #2,                                          :
                                                   :
                          Defendant.               :
                                                   :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties' most recent joint letter (Dkt. 431), filed at the Court's direction, indicates that the following items remain to be completed before the case is trial-ready: (1) if permitted, Defendant's requested discovery of Kroll, et al. regarding Plaintiff's claimed damages; (2) if sought and if permitted, discovery as to Defendant's counterclaims; and (3) resolution of Plaintiff's request to file a motion to dismiss Defendant's counterclaims (*see* Dkt. 281).

It is not clear from the letter, or Defendant's letter at Dkt. 429, exactly from which entities/persons Defendant currently seeks discovery following the parties' having met and conferred and narrowed the issues. Nor is it clear whether either party seeks or is entitled to discovery on Defendant's counterclaims. Nor is it clear whether any other items will need to be addressed for the case to be trial-ready.

Accordingly, the Court will schedule a conference to discuss these issues. The parties shall meet and confer and at least three days before the conference shall jointly

1

file a letter of no more than five pages clarifying the parties' positions about the foregoing

issues.  Based on the outcome of that conference, the Court will ask the parties to meet

and confer on a schedule to complete any remaining tasks and for the case to be trial-

ready.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2024
        New York, New York