USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2024

UNITED STATES UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

                Plaintiff,

    - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

                Defendant.
------------------------------------------------------------X

22-CV-05072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order resolves certain issues the parties and the Court have raised with respect to getting this case to the point of being trial-ready. (*See* Dkts. 429, 431, 433, 437.)

    1.    Defendant may take limited deposition discovery of Kroll to address remaining issues as to which billing entries are or are not relevant to Plaintiff's damages claim and were or were not proximately caused by the alleged wrongdoing. Defendant may also take the deposition of a Boies Schiller witness for the same purpose; however, if Defendant does so, Defendant may not seek disqualification based on attorney-as-witness grounds. At least 14 days before the deposition of the respective witness for Kroll and Boies Schiller, Plaintiff shall identify the specific billing entries about which she plans to ask so that witnesses may adequately prepare.

    2.    Inasmuch as both parties have requested discovery as to Defendant's counterclaims, the parties may proceed to take such discovery. The parties shall not, however, duplicate discovery already taken.

1

3. In light of the global mediation scheduled for December 2 and 3, 2024, and in the event that settlement is not achieved, the parties shall not issue new discovery requests before December 5, 2024.

4. The parties agree that remaining discovery need not be stayed pending resolution of Plaintiff's motion to dismiss Defendant's counterclaims. Accordingly, all remaining discovery shall be completed by April 4, 2025.

As this order addresses the pending case-management issues, the case-management conference scheduled for November 20, 2024 is cancelled.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2024
      New York, New York

Copies transmitted this date to all counsel of record.