```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ILARIA BULGARI,                                              :
                                                             :    22-CV-05072 (LGS) (RWL)
                                        Plaintiff,           :
                                                             :
                - against -                                  :    ORDER
                                                             :
VERONICA BULGARI, in her capacity as                         :
Trustee of the Anna Bulgari Family Trust #1                  :
And Trustee of the Anna Bulgari Family                       :
Trust #2,                                                    :
                                                             :
                                        Defendant.           :
                                                             :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By letter motion dated April 7, 2025, Plaintiff and Counterclaim-Defendant Ilaria Bulgari moved for reconsideration of this Court's March 21, 2025 Order at Dkt. 485 requiring Ilaria to produce to Defendant and Counter-Claimant Veronica Bulgari the Ilaria Trust account reports with modified redactions. The asserted basis for Ilaria's motion is a March 24, 2025 order in a Surrogate Court dispute between the parties in which the Surrogate denied Veronica's request for unredacted versions of the same account statements at issue here, finding them irrelevant to the question of whether a successor trustee to the Ilaria trust had been appointed in violation of the trust agreement. (Dkt. 495 at 1 and Ex. A.)

The motion for reconsideration is untimely. This District's Local Rule 6.3 requires that a motion for reconsideration be filed within 14 days after entry of the order for which reconsideration is sought. Ilaria filed her motion on April 7, 2024, which is 17 days after the Court's March 21, 2025 order was entered. The Surrogate Court's order on which Ilaria relies for reconsideration was entered on March 24, 2025. Ilaria thus had ample

1

time (eleven days) to meet the 14-day deadline to move for reconsideration. Ilaria's motion does not even mention nor attempt to justify its belatedness. Accordingly, the motion for reconsideration is untimely and can be denied for that reason alone. *See, e.g., McGraw-Hill Global Education Holdings, LLC v. Mathrani*, 293 F. Supp.3d 394, 397 (S.D.N.Y. 2018) ("As numerous cases from this Circuit have held, the untimeliness of a motion for reconsideration is reason enough to deny the motion").

Even if the motion were timely, it would still fail for lack of merit. The matter to which the Surrogate Court's order corresponds is a claim brought by Veronica against the successor trustee, not Ilaria. The account reports are sought in this proceeding, however, with respect to Veronica's counterclaim that Ilaria (aided and abetted by her boyfriend) breached her fiduciary duties to Veronica as a remainderman beneficiary of the Ilaria Trust. It is possible that Veronica's counterclaim may be dismissed, but unless and until then, the reports, which will still be substantially redacted, remain relevant to some extent and should be produced as ordered by the Court.

Accordingly, Ilaria's motion for reconsideration is DENIED.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 21, 2025
      New York, New York

Copies transmitted this date to all counsel of record.