

June 30, 2025

Granted.
SO ORDERED:

7/1/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**BY ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1960
New York, NY 10007

Re:   *Ilaria Bulgari v. Veronica Bulgari*, No. 22 Civ. 5072 (LGS) (RWL)

Dear Judge Lehrburger:

Plaintiff files this letter motion seeking leave to file her response in opposition to Defendant's letter motion [ECF No. 529] requesting further document discovery and the reopening of depositions. The redacted portions of Plaintiff's letter contain excerpts of deposition testimony and sensitive personal financial information that have been designated as confidential.

Respectfully Submitted,

/s/ David Boies
David Boies
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel.: (914) 749-8200
Email: dboies@bsfllp.com

Matthew L. Schwartz
Peter M. Skinner
David L. Simons
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001

*Counsel for Plaintiff/Counterclaim-Defendant Ilaria Bulgari and Counterclaim Defendant Jan Boyer*