Granted.
SO ORDERED:

7/8/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Katten**

50 Rockefeller Plaza
New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

MICHAEL M. ROSENSAFT
michael.rosensaft@katten.com
+1.212.940.6631 direct
+1.212.940.8776 fax

July 7, 2025

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Matter of Bulgari v. Bulgari*, No. 1:22-cv-05072-LGS-RWL

Dear Judge Lehrburger:

Defendant/Counterclaim-Plaintiff Veronica Bulgari ("Veronica") files this letter motion seeking leave to file her response in opposition to Counterclaim-Defendants Ilaria Bulgari ("Ilaria") and Jan Boyer's ("Boyer") letter motion (Dkt. 534) concerning their proposed motion to quash Veronica's document and deposition subpoenas. The redacted portions of Veronica's letter contain excerpts of deposition testimony that have been designated as confidential.

# Katten

July 7, 2025
Page 2

Respectfully Submitted,

*/s/ Michael M. Rosensaft*
Michael M. Rosensaft

**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
T: 212-940-8800
michael.rosensaft@katten.com

*/s/ Mitchell A. Karlan*
Mitchell A. Karlan
James L. Hallowell

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
T: 212-351-3827
mkarlan@gibsondunn.com
jhallowell@gibsondunn.com

*Attorneys for Defendant/Counterclaim-Plaintiff Veronica Bulgari*

*/s/ Christopher Allegaert*
Christopher Allegaert
Alexander E. Ehrlich

**ALLEGAERT BERGER & VOGEL LLP**
111 Broadway, 20th Floor
New York, New York 10006
Telephone: (212) 571-0550
callegaert@abv.com
aehrlich@abv.com

*Attorneys for Defendant/Counterclaim-Plaintiff Veronica Bulgari with respect to JPMorgan Chase Subpoena*