

September 11, 2025

**BY ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1960
New York, NY 10007

Re: *Ilaria Bulgari v. Veronica Bulgari*, No. 22 Civ. 5072 (LGS) (RWL)

Dear Judge Lehrburger:

    Plaintiff files this letter motion seeking leave to file under seal the parties' joint letter concerning the close of counterclaim discovery and a proposed schedule for the parties' anticipated motions for summary judgment concerning the counterclaims. The redacted portions of the parties' joint letter contain sensitive personal financial information that have been designated as confidential.

                                              Respectfully Submitted,

                                              */s/ David Boies*
                                              David Boies
                                              BOIES SCHILLER FLEXNER LLP
                                              333 Main Street
                                              Armonk, NY 10504
                                              Tel.: (914) 749-8200
                                              Email: dboies@bsfllp.com

                                              Matthew L. Schwartz
                                              Peter M. Skinner
                                              David L. Simons
                                              BOIES SCHILLER FLEXNER LLP
                                              55 Hudson Yards
                                              New York, New York 10001

                                              *Counsel for Plaintiff/Counterclaim-Defendant Ilaria Bulgari and Counterclaim Defendant Jan Boyer*

Granted.
SO ORDERED:
9/12/2025
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE