

October 8, 2025

**BY ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Suite 1960
New York, NY 10007

Re:   *Ilaria Bulgari v. Veronica Bulgari*, No. 22 Civ. 5072 (LGS) (RWL)

Dear Judge Lehrburger:

Pursuant to Rule B(1) of Your Honor's Rules for Redactions and Filing Under Seal, Counterclaim-Defendants Ilaria Bulgari and Jan Boyer file this letter motion respectfully seeking leave to file under seal their motion for summary judgment to dismiss the counterclaims. Specifically, Counterclaim-Defendants seek leave to file their memorandum of law in support of the motion and their Rule 56.1 statement of undisputed material facts with limited redactions concerning sensitive personal financial information that has been designated as confidential under the parties' protective order. Additionally, the parties seek leave to provisionally file under seal certain exhibits attached to the Declaration of Peter Skinner which likewise contain material and testimony that has been designated confidential under the parties' protective order.

Respectfully Submitted,

*/s/ David Boies*

**BOIES SCHILLER FLEXNER LLP**
David Boies
333 Main Street
Armonk, NY 10504

Matthew L. Schwartz
Peter M. Skinner
David L. Simons
55 Hudson Yards
New York, New York 10001

*Attorneys for Counterclaim-Defendants*
*Ilaria Bulgari and Jan Boyer*

**HOGAN LOVELLS LLP**
Peter S. Spivak
James L. Bernard
390 Madison Avenue
New York, NY 10017

*Attorneys for Counterclaim-Defendant Jan Boyer*

---

Provisional sealing is granted; the parties, however, shall follow the remaining procedures for maintaining sealed material.

SO ORDERED:

10/9/2025    [signature]

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE