UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILARIA BULGARI,

                Plaintiff,

      - against -

VERONICA BULGARI, in her capacity as
Trustee of the Anna Bulgari Family Trust #1
And Trustee of the Anna Bulgari Family
Trust #2,

                Defendant.
------------------------------------------------------------X

22-CV-5072 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties' joint request at Dkt. 570 to maintain under seal portions of bank account numbers, personal tax-payer ID numbers, personal addresses, and the entirety of personal non-work email addresses from the parties' summary judgment motion filings is granted. Defendant Boyer's request to maintain under seal the amount of distributions to him from the 2022 Trust is denied for substantially the reasons as set forth in Defendant's argument at Dkt. 570 pp. 569-70.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 569 and 570.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2025
New York, New York

Copies transmitted this date to all counsel of record.