UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ILARIA BULGARI,                                        :
                                                       :          22-CV-5072 (LGS) (RWL)
                              Plaintiff,               :
                                                       :
            - against -                                :          **ORDER**
                                                       :
VERONICA BULGARI, in her capacity as                   :
Trustee of the Anna Bulgari Family Trust #1            :
And Trustee of the Anna Bulgari Family                 :
Trust #2,                                              :
                                                       :
                              Defendant.               :
                                                       :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Any response to Kasowitz LLP's motion at Dkt. 591 to withdraw shall be filed by

**February 9, 2026**.  The Kasowitz firm shall serve a copy of this order on their clients no

later than **February 2, 2026**, and shall file proof of same by **February 3, 2026**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 29, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1