Plaintiff shall file a response to this motion by **August 4, 2026**. So Ordered.

Dated: July 22, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ILARIA BULGARI,

Plaintiff,

-against-

VERONICA BULGARI, in her capacity as Trustee of the Anna Bulgari Family Trust #1 and Trustee of the Anna Bulgari Family Trust #2,

Defendant.

VERONICA BULGARI, in her capacity as Trustee of the Anna Bulgari Family Trust #1 and Trustee of the Anna Bulgari Family Trust #2,

Defendant/Counterclaim-Plaintiff,

-against-

ILARIA BULGARI,

Plaintiff/Counterclaim-Defendant,

-and-

JAN BOYER,

Counterclaim-Defendant.

No. 1:22-cv-05072-LGS-RWL

**NOTICE OF DEFENDANT/COUNTERCLAIM-PLAINTIFF VERONICA BULGARI'S MOTION FOR RECONSIDERATION OF THIS COURT'S JULY 7, 2026 ORDER**

**Oral Argument Requested**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated July 21, 2026, and upon all prior papers and proceedings had herein, Defendant/Counterclaim-Plaintiff Veronica Bulgari ("Veronica"), by and through her undersigned counsel, will move this Court, before the Honorable Lorna G. Schofield, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time

to be determined by the Court, pursuant to Local Civil Rule 6.3, for an Order granting reconsideration of this Court's July 7, 2026 Opinion and Order dismissing Veronica's counterclaims as moot.

Dated: July 21, 2026
New York, New York

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Mitchell A. Karlan*
Mitchell A. Karlan
James L. Hallowell

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
MKarlan@gibsondunn.com
JHallowell@gibsondunn.com

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Michael M. Rosensaft*
Michael M. Rosensaft

KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: 212.940.8800
Facsimile: 212.940.8776
michael.rosensaft@katten.com

*Attorneys for Defendant and Counterclaim-Plaintiff Veronica Bulgari*