UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ILARIA BULGARI, Plaintiff, -against- VERONICA BULGARI, Defendant. | : | 22 Civ. 5072 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, as detailed in its pre-motion letter, Defendant seeks to file a motion for final summary judgment. It is hereby

**ORDERED** that Defendant shall file its motion for summary judgment by **September 23, 2026**. Plaintiff shall file any opposition by **October 14, 2026**. Defendant shall file any reply by **October 26, 2026**. It is further

**ORDERED** that the parties shall comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: September 2, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**