GIBSON DUNN

Mitchell A. Karlan
Partner
T: +1 212.351.3827
M: +1 917.370.5383
mkarlan@gibsondunn.com

September 22, 2026

Application **GRANTED**. Defendant shall file its motion for summary judgment and supporting memorandum by **September 28, 2026**. Plaintiff shall file its opposition by **October 26, 2026**. Defendant shall file its reply by **November 5, 2026**.

Dated: September 23, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ilaria Bulgari v. Veronica Bulgari*, No. 1:22-cv-05072-LGS-RWL

Dear Judge Schofield,

We represent Defendant Veronica Bulgari ("Veronica") in the above captioned-action and write to request an extension to our summary judgement briefing scheduling. Our motion for summary judgment is due this Wednesday, September 23, 2026. *See* ECF No. 626. We write to request a five-day extension of our time to file those papers. Plaintiff's counsel has no objection to this request.

We ask for this short extension in part because some of our time to prepare the motion fell during the Jewish High Holidays resulting in delays. This is the first request for extension of time for this motion.

For fairness, we request the schedule for Plaintiff's opposition and our reply papers be extended as well, with a matching additional five-day extension for Plaintiff's opposition. The proposed schedule is as follows:

Defendant's motion for summary judgment: **September 28, 2026**

Plaintiff's opposition: **October 26, 2026**

Defendant's reply: **November 5, 2026**

We thank the Court for its continued attention to this matter.

GIBSON DUNN



Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Mitchell A. Karlan*
Mitchell A. Karlan
James L. Hallowell

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
MKarlan@gibsondunn.com
JHallowell@gibsondunn.com

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Michael M. Rosensaft*
Michael M. Rosensaft

KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: 212.940.8800
Facsimile: 212.940.8776
michael.rosensaft@katten.com

*Attorneys for Defendant and Counterclaim-Plaintiff Veronica Bulgari*