GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mitchell A. Karlan
Direct: +1 212.351.3827
Fax: +1 212.351.5254
MKarlan@gibsondunn.com

September 28, 2026

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Bulgari v. Bulgari*, No. 1:22-cv-05072-LGS-RWL

Dear Judge Schofield:

The undersigned firms are counsel for Defendant Veronica Bulgari ("Veronica"), in her capacity as Trustee of the Anna Bulgari Family Trusts, in the above-captioned case. Defendant files this letter out of an abundance of caution pursuant to Rule III.B.3 of this Court's Individual Rules and Practices for Civil Cases to respectfully request the Court to permit Veronica to file 48 exhibits in support of her motion for summary judgment. As the Court is aware, Veronica previously filed 91 exhibits in support of her 2023 motion for summary judgment on Plaintiff Ilaria Bulgari's claims and 92 exhibits in support of her 2025 motion for summary judgment on Veronica's counterclaims. In connection with Veronica's instant motion for summary judgment, Veronica now files only 48 exhibits, more than half of which were previously filed on the docket in connection with other motions and are being re-attached as exhibits now for the Court's convenience.

Veronica respectfully asks the Court to consider the 48 exhibits filed in connection with Veronica's latest motion for summary judgment because each exhibit bears directly on the question of whether Ilaria maintains standing to pursue her breach of fiduciary duty claim and supports Veronica's request that the Court dismiss Ilaria's claims as moot for lack of standing.

By **October 2, 2026**, Defendant shall file an index of the 48 exhibits that states, for each exhibit, **(1)** a description of the document, **(2)** the number of pages and **(3)** whether the exhibit was previously filed on the docket, and if so, where. Defendant shall also provide the total number of pages for the 48 exhibits. The Court reserves its decision on whether to permit the exhibits pending receipt of the index. Defendant shall provide a courtesy copy of all 48 exhibits via a requested file-share link. Defendant is reminded that, pursuant to Individual Rule III.B.3, for excerpts of any hearing or deposition transcript, the parties shall provide the Court with a courtesy copy of the entire document and shall email Chambers for a file-share link.

The motion to seal at Dkt. No. 629 is held in abeyance pending decision on the exhibits, as is Plaintiff's response. So Ordered.

Dated: September 29, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Mitchell A. Karlan
James Hallowell
Leesa Haspel

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
T: (212) 351-3827
mkarlan@gibsondunn.com
jhallowell@gibsondunn.com
lhaspel@gibsondunn.com

*/s/ Michael M. Rosensaft*
Michael M. Rosensaft

**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
T: (212) 940-8800
michael.rosensaft@katten.com

*Attorneys for Defendant Veronica Bulgari*

cc: All counsel of record (via ECF)