GIBSON DUNN

Mitchell A. Karlan
Partner
T: +1 212.351.3827
M: +1 917.370.5383
mkarlan@gibsondunn.com

October 2, 2026

VIA ECF

Honorable Lorna G. Schofield
U.S. District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Ilaria Bulgari v. Veronica Bulgari*, No. 1:22-cv-05072-LGS-RWL

Dear Judge Schofield,

We represent Defendant Veronica Bulgari in the above captioned-action. Pursuant to Your Honor's order at ECF No. 639 and in connection with Defendant's letter motion to seal at ECF No. 629, Defendant is attaching as Exhibit A an index of the 48 exhibits to the Declaration of Leesa Haspel in Support of Defendant's Motion for Summary Judgment (ECF No. 636). The index states, for each exhibit, (1) a description of the document, (2) the number of pages and (3) whether the exhibit was previously filed on the docket, and if so, where. The index also provides the total number of pages for the 48 exhibits.

Counsel has also uploaded to the Court's provided FTP (1) courtesy copies of the complete documents that were excerpted as exhibits on the docket, and (2) courtesy copies of the 48 exhibits listed in the index.

Thank you for the Court's consideration.

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Mitchell A. Karlan*
Mitchell A. Karlan
James L. Hallowell

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
MKarlan@gibsondunn.com
JHallowell@gibsondunn.com

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ Michael M. Rosensaft
Michael M. Rosensaft

KATTEN MUCHIN ROSENMAN LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: 212.940.8800
Facsimile: 212.940.8776
michael.rosensaft@katten.com

*Attorneys for Defendant Veronica Bulgari*

Enclosure

cc: All counsel of record (via ECF)

Defendant's 48 exhibits will be considered in connection with the motion for summary judgment.

Plaintiff may likewise exceed the 15-exhibit limit in the Individual Rules, so long as Plaintiff's exhibits do not exceed 225 pages in total. Plaintiff shall also provide courtesy copies of each exhibit via a requested file-share link. If Plaintiff files more than 15 exhibits, Plaintiff shall also submit an index of the exhibits as described in Dkt. No. 639.

By **October 7, 2026**, Plaintiff shall file any response to Defendant's motion to seal at Dkt. No. 629. So Ordered.

Dated: October 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE